1   Kevin W. Alexander, Esq.  (SBN:  175204)
    Thomas R. Watson, Esq.  (SBN:  227264)
2   Michael P. Bryant, Esq.  (SBN: 173440)
    Brian T. Selogie, Esq.  (SBN: 281805)
3   Gordon & Rees LLP
    633 W. Fifth Street, 52nd Floor
4   Los Angeles, CA  90071
    Telephone:  (213) 576-5000
5   Facsimile:  (213) 680-4470
    kalexander@gordonrees.com
6   twatson@gordonrees.com
    mbryant@gordonrees.com
7   bselogie@gordonrees.com

8   Attorneys for Defendants
    SCHWABE NORTH AMERICA. INC. and NATURES WAY PRODUCTS. LLC
9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13   KATHLEEN SONNER on behalf of Herself   )   CASE NO.  5:15-cv-01358-
     and All others Similarly Situated,            )   VAP-SP
14                                                       )
                              Plaintiff,             )   **DEFENDANTS SCHWABE**
15                                                       )   **NORTH AMERICA, INC.,**
          vs.                                       )   **AND NATURE'S WAY**
16                                                       )   **PRODUCTS, LLC'S NOTICE**
     SCHWABE NORTH AMERICA, INC. and       )   **OF MOTION AND MOTION**
17   NATURE'S WAY PRODUCTS, LLC,           )   **FOR SUMMARY**
                                                         )   **JUDGMENT OR PARTIAL**
18                            Defendants.           )   **SUMMARY JUDGMENT**
                                                         )   **PURSUANT TO RULE 56 OF**
19                                                       )   **THE FEDERAL RULES OF**
                                                         )   **CIVIL PROCEDURE**
20                                                       )
                                                         )   [CONCURRENTLY FILED
21                                                       )   WITH: MEMORANDUM OF
                                                         )   POINTS AND AUTHORITIES;
22                                                       )   [PROPOSED] STATEMENT OF
                                                         )   UNDISPUTED FACTS;
23                                                       )   DECLARATION OF ALAN F.
                                                         )   SCHATZBERG, M.D.;
24                                                       )   DECLARATION OF
                                                         )   MATTHEW SCHUELLER;
25                                                       )   DECLARATION OF MICHAEL
                                                         )   BRYANT; DECLARATION OF
26                                                       )   BRIAN T. SELOGIE; AND
                                                         )   [PROPOSED] JUDGMENT]
27                                                       )   AND [PROPOSED ORDER]
                                                         )
28                                                       )

*Gordon & Rees LLP*
*633 W. Fifth Street, 52nd Floor*
*Los Angeles, CA  90071*

-1-

)   Date: January 9, 2017
)   Time: 2:00 p.m.
)   Judge: Virginia A. Philips
)   Magistrate Judge: Sheri Pym
)
)

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 9, 2017, at 2:00 p.m., in Courtroom 780 of the United States District Court for the Central District of California, located at 255 E Temple Street, Los Angeles, California, 90012, before the Honorable Virginia A. Phillips, the Court will take under submission pursuant to Local Rule 83-9.1.1, Defendants Schwabe North America, Inc., and Nature's Way Products, LLC's (collectively "Schwabe" or "Defendants") Motion for Summary Judgment or Partial Summary Judgment pursuant to Federal Rule of Civil Procedure 56 on all surviving claims brought by Plaintiff Kathleen Sonner's ("Plaintiff") Class Action Complaint.  Schwabe brings this Motion on the following grounds:

(1)     Plaintiff fails to create a genuine issue of material fact and Schwabe is entitled to judgment as a matter of law on Plaintiff's claim for violation of the Wisconsin Unfair Trade Practices Act, Wis. Stat. 100.20 ("Wisconsin UTPA"), because Plaintiff cannot demonstrate the reliance, causation, or injury required to succeed on her claim.

(2)     Plaintiff fails to create a genuine issue of material fact and Schwabe is entitled to judgment as a matter of law on any claim related to the "Ginkgold Max" product, because Plaintiff has conceded that she never purchased that product. Plaintiff therefore lacks standing to pursue her claims.

(3)     Plaintiff fails to create a genuine issue of material fact and Schwabe is entitled to judgment as a matter of law on Plaintiff's claims for violation of the Wisconsin UTPA, violation of the California Unfair Competition Law, California

Gordon & Rees LLP
633 W. Fifth Street, 52nd Floor
Los Angeles, CA  90071

Business & Professions Code section 17200, *et seq.* ("UCL"), violation of the California Consumers Legal Remedies Act, California Civil Code section 1750, *et seq.*, and breach of express warranty because Plaintiff, as a private party, cannot pursue a claim based on "lack of substantiation."

(4)     Plaintiff fails to create a genuine issue of material fact and Schwabe is entitled to judgment as a matter of law on Plaintiff's claims for violation of the Wisconsin UTPA, violation of the California Unfair Competition Law, California Business & Professions Code section 17200, *et seq.* ("UCL"), violation of the California Consumers Legal Remedies Act, California Civil Code section 1750, *et seq.*, and breach of express warranty because Plaintiff cannot demonstrate that Schwabe's advertising claims are provably false.

(5)     Plaintiff fails to create a genuine issue of material fact and Schwabe is entitled to judgment as a matter of law on Plaintiff's claims for violation of the Wisconsin UTPA, violation of the California Unfair Competition Law, California Business & Professions Code section 17200, *et seq.* ("UCL"), violation of the California Consumers Legal Remedies Act, California Civil Code section 1750, *et seq.*, and breach of express warranty because Plaintiff cannot demonstrate that Schwabe's advertising claims are misleading.

(6)     Plaintiff fails to create a genuine issue of material fact and Schwabe is entitled to judgment as a matter of law on Plaintiff's claim for breach of express warranty because Plaintiff cannot prove that Schwabe breached any warranty which proximately caused her injury.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Gordon & Rees LLP
633 W. Fifth Street, 52nd Floor
Los Angeles, CA  90071

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on September 12, 2016. This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Statement of Undisputed Facts, the Declaration of Alan F. Schatzberg, M.D., the Declaration of Matthew Schueller, the Declaration of Michael Bryant, and the Declaration of Brian T. Selogie.

Dated:  September 14, 2016                    GORDON & REES LLP


By:   */k/ Kevin W. Alexander*
        Kevin W. Alexander
        Thomas R. Watson
        Michael P. Bryant
        Brian T. Selogie
        *Attorneys for Defendants*
        SCHWABE NORTH AMERICA,
        INC. and NATURES WAY
        PRODUCTS. LLC

Gordon & Rees LLP
633 W. Fifth Street, 52nd Floor
Los Angeles, CA  90071

1122169/29077411v.1