Kevin W. Alexander, Esq.  (SBN:  175204)
Thomas R. Watson, Esq.  (SBN:  227264)
Michael P. Bryant, Esq.  (SBN: 173440)
Brian T. Selogie, Esq.  (SBN: 281805)
Gordon & Rees LLP
633 W. Fifth Street, 52nd Floor
Los Angeles, CA  90071
Telephone:  (213) 576-5000
Facsimile:  (213) 680-4470
kalexander@gordonrees.com
twatson@gordonrees.com
mbryant@gordonrees.com
bselogie@gordonrees.com

Attorneys for Defendants
SCHWABE NORTH AMERICA, INC. and NATURES WAY PRODUCTS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN SONNER on behalf of Herself and All others Similarly Situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SCHWABE NORTH AMERICA, INC. and NATURE'S WAY PRODUCTS, LLC,<br><br>                    Defendants. | CASE NO.  5:15-cv-01358-VAP-SP<br><br>**DECLARATION OF ALAN F. SCHATZBERG, M.D.,  IN SUPPORT OF DEFENDANTS SCHWABE NORTH AMERICA, INC., AND NATURE'S WAY PRODUCTS, LLC'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>[CONCURRENTLY FILED WITH: NOTICE OF MOTION; MEMORANDUM OF POINTS AND AUTHORITIES; [PROPOSED] STATEMENT OF UNDISPUTED FACTS; DECLARATION OF MATTHEW SCHUELLER; DECLARATION OF MICHAEL BRYANT; DECLARATION OF BRIAN T. SELOGIE; [PROPOSED] JUDGMENT] AND [PROPOSED] ORDER |

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

-1-

)  Date: January 9, 2017
)  Time: 2:00 p.m.
)  Courtroom: 780
)  Judge: Virginia A. Philips
)  Magistrate Judge: Sheri Pym
)
)

## DECLARATION OF ALAN F. SCHATZBERG, M.D.

I, Alan F. Schatzberg, M.D., declare and state as follows:

1.      I am a citizen of the United States and am more than twenty-one years of age.  I make this Declaration based on my own personal knowledge, and if called, I could and would testify to the matters discussed herein.

## QUALIFICATIONS

2.      I am currently the Kenneth T. Norris, Jr. Professor of Psychiatry and Behavioral Sciences at Stanford University School of Medicine.  I am also currently the Director of the Stanford Mood Disorders Center.  I was Chair of the Department of Psychiatry and Behavioral Sciences from 1991-2010.  I obtained my medical doctorate (M.D.) from New York University School of Medicine NY in 1968. I performed my internship at Lenox Hill Hospital, NY (1968-1969), followed by a residency at Massachusetts Mental Health Center MA (1969- 1972) and a fellowship at Harvard Medical School MA (1969-1972).  I became Board Certified in Psychiatry and Neurology in 1975.

3.      After serving as a major in the United States Air Force from 1972-1974,

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

DECLARATION OF ALAN F. SCHATZBERG, M.D.

**Gordon & Rees LLP**
**101 W. Broadway Suite 2000**
**San Diego, CA 92101**

I joined the staff at McLean Hospital and the Faculty of Harvard Medical School in 1974. At McLean Hospital, I held positions including Service Chief, Interim Psychiatrist in Chief, Co-Director of the Affective Disorders Program and Director of the Depression Research Facility. In 1988, I also became Clinical Director of the Massachusetts Mental Health Center and Professor of Psychiatry at Harvard Medical School. In 1991, I moved to Stanford University to become the Kenneth T. Norris, Jr., Professor and Chairman of the Department of Psychiatry and Behavioral Sciences.

4.      I have been an active investigator in the biology and psychopharmacology of cognitive and depressive disorders for nearly 40 years. For the past 30 years, my research has centered on the biological mechanisms that underlie the development of major depressive disorder (MDD) particularly the underpinning of delusions and cognitive disturbance in MDD. I have been involved in clinical psychopharmacology of nondelusional depression (with a particular interest in chronic depression and pharmacogenetics) as well as in treating cognitive disorders.

5.      I have authored or co-authored over 600 publications and abstracts, including a 1997 study regarding the efficacy of ginkgo biloba extract in treating Alzheimer disease and multi-infarct dementia patients, Le Bars, et al., *A Placebo-Controlled, Double-Blind, Randomized Trial of an Extract of Ginkgo Biloba for*

DECLARATION OF ALAN F. SCHATZBERG, M.D.

*Dementia*, JAMA 278:1327-1332 (1997). I co-authored the Manual of Clinical Psychopharmacology, whose eighth edition was published in 2015 (with Dr. Jonathan O. Cole and Dr. Charles DeBattista). I have also co-edited the Textbook of Psychopharmacology whose fourth edition appeared in 2009 and whose fifth edition is currently in press (both with Dr. Charles B. Nemeroff). I have been since 2000 the Co-Editor-in- Chief of the Journal of Psychiatric Research. I have sat or currently sit on many other editorial boards, including the Archives of General Psychiatry, Journal of Clinical Psychopharmacology, Psychoneuroendocrinology, Biological Psychiatry, and others. I am a Past President of the American Psychiatric Association, the American College of Neuropsychopharmacology and the Society of Biological Psychiatry, and have been the Secretary-General of the International Society of Psychoneuroendocrinology (ISPNE).

6. In 2003, I was elected into the Institute of Medicine of the National Academy of Sciences (now called the National Academy of Medicine). Among my other awards, I was awarded the 1998 Gerald L. Klerman, MD Lifetime Research Award from the NDMDA, the 2001 Gerald L. Klerman, MD Award from Cornell University Medical College, the 2001 Edward A. Strecker, MD Award from the University of Pennsylvania, the 2002 Mood Disorders Research Award from the American College of Psychiatrists, the 2002 American

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

DECLARATION OF ALAN F. SCHATZBERG, M.D.

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

Psychiatric Association Award for Research, the Forum Award from the 3rd International Forum of Mood and Anxiety Disorders (IFMAD) in 2002, the 2005 Distinguished Service in Psychiatry Award from the American College of Psychiatrists, the 2005 Falcone Award for Depression Research from NARSAD, the 2007 Chairman's Distinguished Scientist Award from Brown University, the 2013 Anna Monika Award, the 2014 Kraepelin Gold Medal from the Max Planck Institute of Psychiatry, the 2015 Lifetime Achievement Award from ISPNE, and the 2015 Gold Medal from the Society of Biological Psychiatry.

7.      Throughout my career, I have been a practicing clinical psychiatrist, treating patients for depression and suicidality (which I define as including suicide attempts, recurrent thoughts of death and suicidal ideations), among other disorders.  I currently am an investigator in clinical studies on the clinical and biological characteristics (including genetics) of psychotic depression and the pharmacogenetics of major depression. I am also involved in studies on refractory depression, using both medications and devices.  I have previously participated or supervised clinical trials for major depression, refractory depression, chronic depression, and psychotic major depression.

8.      I am not a co-inventor of any patents related to Gingko Biloba and have no financial or business interest in the Schwabe Company.  I do consult with pharmaceutical companies, have had stock equity in drug companies, and have

DECLARATION OF ALAN F. SCHATZBERG, M.D.

**Gordon & Rees LLP**
**101 W. Broadway Suite 2000**
**San Diego, CA 92101**

received grants from drug companies.  I have also had research and training grants from the National Institutes of Mental Health.

## CURRICULUM VITAE

9.     A true and correct copy of my curriculum vitae is attached at Exhibit A.

## PREVIOUS EXPERT TESTIMONY

10.     A list of my previous deposition and trial testimony is attached as Exhibit B.

## COMPENSATION

11.     I am being compensated at my standard consulting rate of $600 per hour and $4,000 per day for my time in relation to this matter.  My compensation is not contingent on my opinions and does not depend on the outcome of this matter.

## ASSIGNMENT AND MATERIALS REVIEWED

12.     I have been retained by counsel for Schwabe North America, Inc., and Nature's Way Products, LLC, (collectively "Schwabe"), to review and opine on the scientific substantiation for certain advertising claims made by Schwabe in relation to its "Ginkgold" and "Ginkgold Max" products.  Specifically, I have been retained to review and opine regarding scientific substantiation for the advertising claims that Schwabe's "Ginkgold" and "Ginkgold Max" products are "for Mental Sharpness, Memory & Concentration" and that consuming the products supports "mental activity" and "cognitive function."  After reviewing the Complaint filed by

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

Plaintiff Kathleen Sonner, it is my understanding that Ms. Sonner alleges that she purchased a 150 count bottle of 60 mg tablets of Schwabe's Ginkgold product in August 2014.  (Plaintiff's Complaint at ¶11).  In addition to Plaintiff's Complaint, I have reviewed and relied upon scientific and medical literature published from 1997-2014 regarding the efficacy of Ginkgo biloba extract in affecting cognitive function, mental activity, memory, and concentration.  There is an extensive body of scientific literature regarding the efficacy of Ginkgo biloba, and research is ongoing.  The materials which I have reviewed and relied upon in the preparation of this Declaration and my expert opinions include:

A.      Le Bars, et al., *A Placebo-Controlled, Double-Blind, Randomized Trial of an Extract of Ginkgo Biloba for Dementia*, JAMA 278:1327-1332 (1997), a true and correct copy of which is attached as Exhibit C.

B.      Herrschaft, et al., *Ginkgo Biloba extract EGb 761 in dementia with neuropsychiatric features: A randomised, placebo-controlled trial to confirm the efficacy and safety of a daily dose of 240 mg*, Journal of Psychiatric Research 46:716-723 (2012), a true and correct copy of which is attached as Exhibit D.

C.      Grass-Kapanke, et al., *Effects of Ginkgo Biloba Special Extract EGb 761 in Very Mild Cognitive Impairment (vMCI)*, Neuroscience & Medicine, 2:48-56 (2011), a true and correct copy of which is attached as Exhibit E.

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

D.    Kaschel, R., *Specific Memory effects of Ginkgo Biloba extract EGb 761 in middle-aged healthy volunteers*, Phytomedicine 18:1202-1207 (2011), a true and correct copy of which is attached as Exhibit F.

E.    Mix and Crews, et al., *A double-blind, placebo-controlled, randomized trial of Ginkgo biloba extract EGb 761 in a sample of cognitively intact older adults: neuropsychological findings*, Human Psychopharmacology 17:267-277 (2002), a true and correct copy of which is attached as Exhibit G.

F.    Solomon, et al., *Ginkgo for memory enhancement: a randomized controlled trial*, 288(7) JAMA 835-840 (2002), a true and correct copy of which is attached as Exhibit H.

G.    Carlson, et al., *Safety and efficacy of a Ginkgo biloba containing dietary supplement on cognitive function, quality of life, and platelet function in healthy, cognitively intact older adults,* 107(3) J Am Diet Assoc 422-32 (2007), a true and correct copy of which is attached as Exhibit I.

H.    Nathan, et al., *The acute nootropic effects of Ginkgo biloba in healthy older human subjects: a preliminary investigation*, 17(1) Hum Psychopharmacol, 45-49 (2002), a true and correct copy of which is attached as Exhibit J.

I.    Canter & Ernst, et al., *Ginkgo biloba is not a smart drug: an updated systematic review of randomised clinical trials testing the nootropic effects of G.*

*biloba extracts in healthy people,* 22(5) Hum Psychopharmacology 256-278

(2007), a true and correct copy of which is attached as Exhibit K.

J.      Canter & Ernst, et al., *Ginkgo biloba: a smart drug? A systematic review of controlled trials of the cognitive effects of ginkgo biloba extracts in healthy people,* 36(3) Psychopharmacol Bull 108-23 (2002), a true and correct copy of which is attached as Exhibit L.

K.      Laws, et al., *Is Ginkgo biloba a cognitive enhancer in healthy individuals? A meta-analysis*, 27(6) Human Psychopharmacology 527-533 (2012), a true and correct copy of which is attached as Exhibit M.

L.      Birks and Grimley, *Ginkgo biloba for cognitive impairment and dementia*, (1) Cochrane Database Syst. Rev. Art. No.: CD003120 (2009), a true and correct copy of which is attached hereto as Exhibit N.

M.      Vellas, et al., *Long Term use of standardised ginkgo biloba extract for the prevention of Alzheimer's disease: a randomised placebo-controlled trial*, 11(10) Lancet Neurol 851-859 (2012), a true and correct copy of which is attached as Exhibit O.

N.      Franke, et al., *Substances used and prevalence rates of pharmacological cognitive enhancement among healthy subjects*, 264 Suppl 1, Eur. Arch Pschiatry Clin. Neurosci. 83-90 (Nov. 2014), a true and correct copy of

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

-9-

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

which is attached as Exhibit P.

O.     Mix and Crews, *An Examination of the Efficacy of Ginkgo biloba Extract EGb 761 on the Neuropyschologic Functioning of Cognitively Intact Older Adults*, The Journal of Alternative and Complementary Medicine Vol. 6 No. 3:219-229 (2000), a true and correct copy of which is attached as Exhibit Q.

## BACKGROUND REGARDING *GINKGO BILOBA*

13.    *Ginkgo biloba* is a dioecious tree that is indigenous to China, Japan, and Korea.  (*See* Mix & Crews, 2000; Exhibit Q).

14.    The *Ginkgo biloba* species "is grown in many parts of the world and is known and valued for its fan-shaped, bi-lobed, green leaves."  *Id.*

15.    A standardized extract of the Ginkgo biloba leaf is among the "most clinically tested and frequently prescribed phytomedicines in Europe" and it is historically one of the best-selling herbal dietary supplements in the United States. *See, e.g.,* Blumenthal M. ed. *The ABC Clinical Guide to Herbs*, Austin, TX: American Botanical Council, 188-200 (2003).

16.    As noted in the 1997 study that I co-authored with Le Bars, et al., *A Placebo-Controlled, Double-Blind, Randomized Trial of an Extract of Ginkgo Biloba for Dementia*, "[t]he extract of Ginkgo biloba referred to as EGb 761 is one of the most popular plant extracts used in Europe to alleviate symptoms associated

DECLARATION OF ALAN F. SCHATZBERG, M.D.

with a range of cognitive disorders." (Le Bars, et al, 1997; Exhibit C).

17. Recently, interest has increased in the application of Ginkgo biloba extract for the treatment of dementia and cognitive disorders. "[T]he reported neuroprotective properties of the extract (Smith et al., 1995, 1996) and findings from a number of studies that have demonstrated the efficacy of *Ginkgo biloba* extract in cognitively impaired persons has led to its approval as a treatment for dementia in Germany (Itil and Martorano, 1995). (*See,* Mix and Crews, 2000; Exhibit Q).

18. Available scientific literature shows that patients who have received Ginkgo biloba extract have been "noted to exhibit improvements in such cognitive functions as memory (e.g., short-term, verbal [Grassel, 1992; Hofferberth, 1994; Semlitsch et al., 1995]), learning rate (Grassel, 1992), speed of information processing (Allain et al., 1993), speed of responses (Rai et al., 1991), and attention (Hofferberth, 1994), as compared to placebo controls." (*See* Mix and Crews, 2000; Exhibit Q).

19. In addition, "a meta-analysis of 11 controlled trials of *Ginkgo biloba* extract LI 1370 (which has the same standardized formula as EGb 761) in patients suffering from "cerebral insufficiency" confirmed the effectiveness of the extract (as compared to controls) in seven studies, while in one study, the findings were inconclusive (Hopfermuller, 1994). Three additional studies were excluded from

DECLARATION OF ALAN F. SCHATZBERG, M.D.

**Gordon & Rees LLP**
**101 W. Broadway Suite 2000**
**San Diego, CA 92101**

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

this analysis due to "methodological" or "objective" reasons."  (*See* Mix and Crews, 2000; Exhibit Q, citing Hopfenmuller W. Nachweis der therapeutischen Wirksamkeit eines Ginkgo biloba-Spezialextraktes.  Meta-Analyse von 11 klinischen Studin bei Patienten mit Hirnleistungsstorungen im Alter.  Arzneimit-telforschung 1994; 44:1005-1013).

20.     At this point, the mechanism of action of Ginkgo biloba extract in the human central nervous system remains only partially understood.  Nevertheless, the main effects induced by Ginkgo biloba are thought to be derived from its antioxidant properties, which result from the synergistic interaction of flavonoids, terpenoids (ginkgolides, bilobalide) and the organic acids, which are the principle constituents of the Ginkgo biloba extract EGb 761, which is contained in the Schwabe "Ginkgold" and "Ginkgold Max" products at issue in this case.  (*See* Le Bars, et al., 1997; Exhibit C).  A number of other mechanisms have been proposed to account for the efficacy of Ginkgo biloba extract in previous studies on humans and animals, including: "increased cerebral blood flow, protection against hypoxia/ischemic damage, platelet activating factor (PAF) antagonism, reduction in relative erythrocyte viscosity, radical scavenging properties, protection against cerebral edema,  a myelin protective effect, increased neurotransmitter uptake and neurotransmitter receptor density, decreased age-related cerebral changes and increased alpha wave activity with concomitant reduction in theta wave

DECLARATION OF ALAN F. SCHATZBERG, M.D.

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

frequencies as measured by electroencephalography." (Mix and Crews, 2002; Exhibit G). (citations omitted).

## SCIENTIFIC LITERATURE SUPPORTING THE EFFICACY OF *GINKGO BILOBA*

21.     There have been a number of credible, peer-reviewed scientific studies which support the claims that Ginkgo biloba extract is "for mental sharpness, memory & concentration" and available scientific literature has shown that consuming Ginkgo biloba supports "mental activity" and "cognitive function."

22.     In Le Bars, et al., *A Placebo-Controlled, Double-Blind, Randomized Trial of an Extract of Ginkgo Biloba for Dementia*, JAMA 278:1327-1332 (1997), researchers performed "[a] 52-week, randomized, double blind, placebo-controlled, parallel-group, multicenter study" to "assess the efficacy and safety of [Ginkgo Biloba extract] in Alzheimer disease and multi-infarct dementia" patients.

23.     In Le Bars, et al., the results obtained from the "evaluable data demonstrated the efficacy of [Ginkgo biloba extract] on 2 of 3 primary outcome measures: cognitive impairment and daily living and social behavior." (Le Bars, et al., 1997; Exhibit C).

24.     Le Bars, et al. ultimately concluded that "EGb 761" Ginkgo Biloba extract was "safe and appears capable of stabilizing and, in a substantial number of cases,

*improving the cognitive performance and social functioning*" of tested patients.  Le Bars, et al. noted that the changes induced by Ginkgo Biloba extract "although modest… were of sufficient magnitude to be recognized" by observers in the study.  *Id.*  (emphasis added).

25.     In *Ginkgo Biloba extract EGb 761 in dementia with neuropsychiatric features: A randomised, placebo-controlled trial to confirm the efficacy and safety of a daily dose of 240 mg*, Journal of Psychiatric Research 46:716-723 (2012), Herrschaft, et al. performed a "multi-centre, double-blind, randomised, placebo-controlled, 24-week trial with 410 outpatients… to demonstrate the efficacy and safety of a 240 mg once-daily formulation of *Ginkgo biloba* extract EGb 761".

26.     Herrschaft, et al. concluded that treatment with Ginkgo Biloba extract "*resulted in a significant and clinically relevant improvement in cognition, psychopathology, functional measures and quality of life of patients and caregivers.*"  (Herrschaft, et al., 2012; Exhibit D).

27.     Herrschaft, et al., also concluded that active treatment involving Ginkgo biloba extract "*was significantly superior to placebo in improving patients' cognitive performance and neuropsychiatric symptoms* which were the primary outcomes of the study… The clinical significance of the drug effects was demonstrated by the consistency of both primary outcomes and corroborated by secondary outcomes, including functional abilities, global assessment, quality of

DECLARATION OF ALAN F. SCHATZBERG, M.D.

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

life and response rates." *Id.* (emphasis added).

28.     Herrschaft, et al., also noted that "[t]he results are in line with those from former well-controlled clinical trials of EGb 761, which, according to the most recent reviews and meta-analyses, demonstrate the efficacy of clinical benefits of EGb 761 in the treatment of dementia (Weinmann, et al., 2010; Janssen, et al., 2010).

29.     In Grass-Kapanke, et al., *Effects of Ginkgo Biloba Special Extract EGb 761 in Very Mild Cognitive Impairment (vMCI)*, Neuroscience & Medicine, 2:48-56 (2011),  Grass-Kapanke, et al., "randomized 300 subjects aged 45 to 65 with cognitive complaints and low functioning… in at least one cognitive test to double-blind treatment with once daily 240 mg EGb 761 or placebo for 12 weeks."

30.     Although they did not show statistical significance, the results of the Grass-Kapanke, et al., study showed "consistent numerical superiority of EGb 761 in cognitive tests, *indicating that there is a signal for improved memory and concentration in EGb 761-treated patients*."  (Grass-Kapanke,et al., 2011; Exhibit E).  (emphasis added).

31.     In Kaschel, R., *Specific Memory effects of Ginkgo Biloba extract EGb 761 in middle-aged healthy volunteers*, Phytomedicine 18:1202-1207 (2011), Kaschel performed a randomized, placebo-controlled study to "investigate the effects of

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

1122169/29445474v.1

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

EGb 761 on memory and the specificity of such effects on distinct memory functions in middle-aged healthy volunteers."

32.    Kaschel randomized a total of 188 healthy subjects aged 45-56 years to receive EGb 761 (240 mg once daily) or placebo for 6 weeks.  "Outcome measures were the change in memory performance in a demanding standardised free recall paradigm… and a less demanding standardised recognition test…"  (Kaschel, 2011; Exhibit F).

33.    Kaschel determined that "[a]fter 6 weeks, EGb 761-treated subjects improved significantly in quantity of recall… Effects on qualitative recall were similar…"  (Kaschel, 2011; Exhibit F).

34.    Kaschel ultimately concluded that: (1) the study showed "effects on long-term memory using a delayed recall (appointment) task and it also replicate[d] evidence (Mix and Crews 2002) suggesting that objective improvement is paralleled by changes in subjective memory ratings"; (2) "long-term and - to a somewhat lesser degree – also short-term free recall, were improved in the appointments test"; and (3) the study showed "long-term memory effects although [the] subjects were considerably younger (mean age: 54.5 years) than the corresponding samples in the literature where similar effects could be demonstrated… This demonstration of effects even in younger subjects casts doubt on the notion that in individuals younger than 60 years effects of Ginkgo are

-16-

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

lacking (Canter & Ernst, 2007)."

35.     In Mix and Crews, *A double-blind, placebo-controlled, randomized trial of Ginkgo biloba extract EGb 761 in a sample of cognitively intact older adults: neuropsychological findings*, Human Psychopharmacology 17:267-277 (2002), Mix and Crews, et al., "utilized a 6-week, randomized, double-blind, fixed-dose, placebo-controlled, parallel-group experimental design" to perform "the first known, large scaled clinical trial of the efficacy of *Ginkgo biloba* extract (EGb 761) on the neuropsychological functioning of cognitively intact older adults."

36.     Mix and Crews, concluded that "[o]verall, the results from both objective, standardized, neuropsychological tests and a subjective, follow-up self report questionnaire provided complimentary evidence of the potential efficacy of *Ginkgo biloba* EGb 761 in enhancing certain neuropsychological/memory processes of cognitively intact older adults…"  (Mix and Crews, 2002; Exhibit G).

37.     Mix and Crews further determined that "participants who received 180 mg of EGb 761 daily for 6 weeks exhibited significantly more improvement on the Selective Reminding Test's delayed free recall and delayed recognition tasks by treatment end compared with individuals in the placebo-controlled group."  *Id.*

38.     Mix and Crews found that the results of the 2002 study also reinforce the results from studies that have "found improvements in cognitive functioning

DECLARATION OF ALAN F. SCHATZBERG, M.D.

among older cognitively intact adults… and young, healthy volunteers." *Id.* (citations omitted).

39.     Based upon my education, training, and experience, it is my opinion that the studies discussed in paragraphs 21-38 were performed in a manner and using methodology such that the results of those studies are credible, accurate, and reliable to a reasonable degree of scientific certainty.

## STUDIES CITED BY PLAINITFF

40.     After reviewing the Complaint filed by Plaintiff Kathleen Sonner, it is my understanding that Ms. Sonner relies on a number of scientific studies to support her claim that there is "no scientifically credible" evidence to support Schwabe's advertising claims.  (Complaint at ¶33.)  I have reviewed the studies cited by Ms. Sonner, including those listed in paragraphs 12(F)-(N) above.  Based upon my education, training, and experience, including my review of the studies themselves, I have formed the following opinions regarding the studies cited by Ms. Sonner:

41.     One of the studies, the 2012 meta-analysis on which Ms. Sonner relies (Laws, et al. University of Hertfordshire, UK, *Is Ginkgo Biloba a Cognitive Enhancer in Healthy Individuals? A Meta-Analysis,* Hum. Psychopharmacol. Clin. Exp. (2012)), is mischaracterized and misconstrued by Ms. Sonner.  For instance, Laws, et al. notes that two prior meta-analyses concluded that there was consistent evidence showing positive effects for ginkgo biloba and one prior meta-analysis

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

-18-

reached a "conflicting conclusion[]."  One of the meta-analyses cited by K.R.

Laws, et al. is Crews WD, Harrison DW, Griffin ML, et al.  *The*

*Neurophysiological Efficacy of Ginkgo Preparations in Healthy and Cognitively*

*Intact Adults.*  Herbal Gram 2005, 67:43-62.  That meta-analysis reviewed 16

studies which examined the acute or short to long term efficacy of ginkgo leaf

standardized extract in healthy adults and noted that significant positive results

were found in 11 of the 16 studies.  The most evident effects were found "on tasks

assessing aspects of memory, attention, and speed of processing abilities."  *Id.* at

55.

42.    In addition, Ms. Sonner's characterization of Nathan, et al., *The acute*

*nootropic effects of Ginkgo biloba in healthy older human subjects: a preliminary*

*investigation*, 17(1) Hum Psychopharmacol, 45-49 (2002), does not fully capture

the conclusions drawn in that study.  In her Complaint, Ms. Sonner cites Nathan, et

al., for the proposition that "[t]he researchers concluded that consumption of

ginkgo did not improve cognitive function as measured by any memory test: "The

data revealed no evidence of acute side effects of Ginkgo biloba on cognitive

functioning… Similarly no significant drug interactions were found for the

auditory verbal learning tests or verbal learning and short and long-term

memory.""  However, Ms. Sonner omits the significant language from Nathan, et

al., which acknowledged that a "recent study showed memory and cognitive

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

DECLARATION OF ALAN F. SCHATZBERG, M.D.

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

enhancing effects with chronic (1 month) administration of lower doses of *Ginkgo biloba* (120 mg) in healthy normal subjects. (Stough *et al.*, 2000)."  Nathan, et al., also acknowledges that "there are a number of inconsistencies within the limited amount of research conducted thus far."   Nathan, et al., ultimately concludes regarding the efficacy of Ginkgo biloba that "one cannot rule out a possible nootropic effect at either higher doses, or as recently shown by Stough *et al.* (2001), with more chronic administration."  (*See* Nathan, et al., 2002; Exhibit J).

43.    Ms. Sonner also relies on studies which acknowledge the existence of credible scientific evidence supporting the efficacy of Ginkgo biloba in supporting cognitive function, memory, and concentration.  For example, in Carlson, et al., *Safety and efficacy of a Ginkgo biloba containing dietary supplement on cognitive function, quality of life, and platelet function in healthy, cognitively intact older adults,* 107(3) J Am Diet Assoc 422-32 (2007), researchers acknowledged that "Stough and colleagues reported short term cognitive improvements in young healthy adults (mean age 30 years) taking 120 mg of EGb 761 vs placebo in two short-term memory measures." (Carlson, et al., 2007; Exhibit I).

44.    Furthermore, two of the studies which Ms. Sonner cites have been called into question for poor methodology.   (*See* Kaschel, Exhibit F) (noting that "there have been serious concerns regarding the way of double-blinding" the 2002 study by Solomon et al. and that "appropriate tests of cognitive functioning were not

DECLARATION OF ALAN F. SCHATZBERG, M.D.

performed consistently during the first half of the trial, attrition rates were high and compliance was as low as 60% at the end of the trial" in the 2009 study by Snitz et al., both of which Ms. Sonner cites in her complaint).

45.    It is also very important to note the distinction between a "negative" outcome and a "failed" outcome in a trial or study.  Typically, a "negative" outcome refers to a study in which a drug does not separate from placebo, and in which a proven active control is more effective than placebo. If both the subject drug and the active control fail to separate from placebo, then a study is referred to as a "failed" study.  With a failed study, no conclusion could be drawn for or against efficacy, since an already proven treatment also failed to show benefit. (*See,* Friedman LM, Furberg CD, DeMets DL. *Fundamentals of Clinical Trials*. 3rd ed. New York: Springer-Verlag; (1998)).  Based upon my education, training, and experience, it is my opinion that the studies relied upon by Ms. Sonner achieved "failed" rather than "negative" outcomes.  Therefore, the studies relied by upon by Ms. Sonner do not negate the findings of the credible studies which show that, to a reasonable degree of scientific certainty, Ginkgo biloba extract can effect a significant and clinically relevant improvement in cognitive function, memory, concentration, psychopathology, functional measures, and quality of life.

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

## EXPERT OPINIONS

46.    Based upon my education, training, and experience, it is my opinion that to a reasonable degree of scientific certainty, the use of Ginkgo biloba extract for its reported neuroprotective properties and the regular prescription of Ginkgo biloba extract in the treatment of cognitive dysfunction in Europe is appropriate and supported by available scientific evidence.  In light of available scientific evidence which shows the efficacy of Ginkgo biloba extract in supporting cognitive function, as well as its generally accepted approval for the treatment of cognitive disorders throughout the world, I would not dissuade a patient from taking Ginkgo biloba extract to support cognitive function.

47.    Based upon my education, training, and experience, including a review of the scientific literature discussed above, it is my opinion that to a reasonable degree of scientific certainty, at all times during what I understand to be the purported class period, credible scientific evidence existed, and still exists, to support the statement that Ginkgo biloba is "for mental sharpness, memory & concentration" and available scientific literature has shown that consuming Ginkgo biloba supports "mental activity" and "cognitive function."

48.    Based upon my education, training, and experience, including a review of the scientific literature discussed above, it is my opinion that available scientific evidence shows that to a reasonable degree of scientific certainty, Ginkgo biloba

DECLARATION OF ALAN F. SCHATZBERG, M.D.

extract can effect a significant and clinically relevant improvement in cognitive function, memory, concentration, psychopathology, functional measures, and quality of life.

49.    Based upon my education, training, and experience, including a review of the scientific literature discussed above, it is my opinion that in light of the vast weight of the competent scientific evidence, the studies cited by Plaintiff do not negate the findings of the credible studies which show that, to a reasonable degree of scientific certainty, Ginkgo biloba extract can effect a significant and clinically relevant improvement in cognitive function, memory, concentration, psychopathology, functional measures, and quality of life.  It is my further opinion that the studies cited by Plaintiff do not establish the falsity of the statement that Ginkgo biloba is "for mental sharpness, memory & concentration".

50.    Based upon my education, training, and experience, including a review of the scientific literature discussed above, it is also my opinion that in light of the vast weight of the competent scientific evidence, the studies cited by Plaintiff do not establish the falsity of the statement that Ginkgo biloba supports "mental activity" and "cognitive function".

**Gordon & Rees LLP**
**101 W. Broadway Suite 2000**
**San Diego, CA 92101**

I declare under penalty of perjury under the laws of the State of Caliornia and the United States of America that the foregoing is true and correct, and if called as a witness I would testify competently thereto.

Executed this 12 day of September 2016 at 401 Quarry Rd..
Stanford, CA 94305

Alan F. Schatzberg, M.D.

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

-24-

DECLARATION OF ALAN F. SCHATZBERG, M.D.