BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)
701 B Street, Suite 1700
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

CARLSON LYNCH SWEET KILPELA
   & CARPENTER, LLP
TODD D. CARPENTER (234464)
402 West Broadway, 29th Floor
San Diego, CA 92101
Tel: 619/756-6994
619/756-6991 (fax)
tcarpenter@carlsonlynch.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN SONNER on Behalf of of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHWABE NORTH AMERICA, INC. and NATURE'S WAY PRODUCTS, LLC,<br><br>Defendants. | Case No. 5:15-cv-01358-VAP (SPx)<br><br>**CLASS ACTION**<br><br>APPLICATION FOR LEAVE TO FILE CONDITIONALLY UNDER SEAL PURSUANT TO LOCAL RULE 79-5.2.2(b):<br><br>(1) PORTIONS OF THE MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION; AND (2) CERTAIN DOCUMENTS SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>Date:   January 9, 2017<br>Time:   2:00 p.m.<br>Judge:  Virginia A. Phillips<br>Ctrm:   780, Roybal-LA<br><br>Date Filed:   July 7, 2015<br>Trial Date:   TBD<br><br>**DEMAND FOR JURY TRIAL** |

Case No. 5:15-cv-01358 VAP (SPx)
APPLICATION FOR LEAVE TO FILE CONDITIONALLY UNDER SEAL

00108020

1    Plaintiff brings this application pursuant to Local Rule 79-5.2.2(b) for
2    leave to file: (1) select portions of the Memorandum in Support of her Motion for
3    Class Certification; and (2) certain exhibits submitted in support of her Motion
4    for Class Certification (identified below) conditionally under seal because they
5    contain information designated by Defendant Schwabe North America, Inc.
6    ("Defendant") as "CONFIDENTIAL."

7    The parties have entered into a Stipulated Order Governing the Disclosure
8    of Privileged Information ("Protective Order") entered by the Court on February
9    12, 2016 (ECF No. 38) that governs this action. Pursuant to this Protective Order,
10   Defendant has designated certain information as "CONFIDENTIAL" and
11   "HIGHLY CONFIDENTIAL" such that Plaintiff is required to submit them
12   under seal pending a determination by the Court as to whether they are sealable.

13   Pursuant to Local Rule 79-5.2.2(b)(i), Defendant, as the "Designating
14   Party," carries the burden to demonstrate that the designated information is
15   sealable or must withdraw the designation of confidentiality. *See also Ctr. for*
16   *Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1096-97 (9th Cir. 2016)
17   (describing the "compelling reasons standard" necessary to overcome the "strong
18   presumption in favor of access to court records").

19   Pursuant to the Protective Order, Plaintiff seeks to file the following
20   documents conditionally under seal:

21   1.   Portions of Plaintiff's Memorandum of Points and Authorities in
22   Support of Motion for Class Certification; and

23   2.   The following Exhibits submitted in Support of Plaintiff's Motion
24   for Class Certification:

| **Exhibit 2** | Excerpts from the August 10, 2016, deposition of Schwabe's 30(b)(6) designee Matthew Schueller |
|---|---|
| **Exhibit 3** | Ginkgold retail sales report (Schwabe001078) |
| **Exhibit 5** | Excerpts from the August 10, 2016, deposition of Schwabe's |

BLOOD HURST & O'REARDON, LLP

00108020

1   Case No. 5:15-cv-01358 VAP (SPx)
APPLICATION FOR LEAVE TO FILE CONDITIONALLY UNDER SEAL

| | | |
|---|---|---|
| 1 | | 30(b)(6) designee Travis Borchardt] |
| 2 | **Exhibit 6** | Schwabe North America, Marketing Plan 2013, USA Consumer (Schwabe161348-161359) |
| 3 | **Exhibit 7** | Schwabe Pharmaceuticals' Strategic Global Brand Plan Tebonin 2016 (Schwabe169297-425) |
| 4 | | |
| 5 | **Exhibit 8** | Dr. Willmar Schwabe's Clinical Overview for EGB 761 (Schwabe000990-1064) |
| 6 | | |
| 7 | **Exhibit 9** | Email communication regarding O, The Oprah Magazine advertisements (Schwabe162051) |
| 8 | **Exhibit 10** | Ginkgold Marketing and Sales Presentation (Schwabe163651-163673) |
| 9 | | |
| 10 | **Exhibit 11** | Ginkgold Print Advertisement (Schwabe161921-22) |
| 11 | **Exhibit 12** | Email discussing Ginkgold Internet banner advertisement copy language (Schwabe051601) |
| 12 | | |
| 13 | **Exhibit 13** | Ginkgold grocery store free standing insert advertisement exemplar (Schwabe056910) |
| 14 | **Exhibit 15** | Relevant pages from sales training document entitled "Proven, Not Pretending" (Schwabe048852-930) |
| 15 | | |
| 16 | **Exhibit 17** | Schwabe's Ginkgold "Claim Substantiation Form" dated January 29, 2016 (Schwabe002046-47) |
| 17 | **Exhibit 28** | Schwabe's 2011-2015 wholesale sales of Ginkgold (Schwabe002045) |
| 18 | | |
| 19 | **Exhibit 31** | Schwabe's wholesale sales of Ginkgold by quarter, sales dollars and units sold (Schwabe001121) |
| 20 | | |

Respectfully submitted,

Dated: September 14, 2016

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)

By:   *s/ Thomas J. O'Reardon II*
         THOMAS J. O'REARDON II

701 B Street, Suite 1700
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)

tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

CARLSON LYNCH SWEET KILPELA
& CARPENTER, LLP
TODD D. CARPENTER (234464)
402 West Broadway, 29th Floor
San Diego, CA 92101
Tel: 619/756-6994
619/756-6991 (fax)
tcarpenter@carlsonlynch.com

*Attorneys for Plaintiff*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 14, 2016.

*s/ Thomas J. O'Reardon II*
THOMAS J. O'REARDON II

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
toreardon@bholaw.com