# EXHIBIT 16

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)
701 B Street, Suite 1700
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

CARLSON LYNCH SWEET KILPELA
    & CARPENTER, LLP
TODD D. CARPENTER (234464)
402 West Broadway, 29th Floor
San Diego, CA  92101
Tel: 619/756-6994
619/756-6991 (fax)
tcarpenter@carlsonlynch.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHLEEN SONNER on Behalf of of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHWABE NORTH AMERICA, INC. and NATURE'S WAY PRODUCTS, LLC,<br><br>Defendants. | Case No. 5:15-cv-01358-VAP (SPx)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF BETH E. SNITZ, Ph.D. IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:          January 9, 2017<br>Time:         2:00 p.m.<br>Judge:        Virginia A. Phillips<br>Ctrm:         780, Roybal-LA<br><br>Date Filed:        July 7, 2015<br>Trial Date:         TBD<br><br>**DEMAND FOR JURY TRIAL** |

BLOOD HURST & O'REARDON, LLP

I, BETH E. SNITZ, Ph.D., declare as follows:

1.     I am an associate professor at the University of Pittsburgh, School of Medicine, Department of Neurology. I am a clinical psychologist with specialized training in neuropsychological assessment. My clinical and academic interests include cognitive aging, mild cognitive impairment, Alzheimer Disease (AD) and related dementias, subjective memory impairment, cognition-AD biomarker associations, and measurement issues in cognition. A past research focus of mine was the neuropsychology of schizophrenia.

2.     The following is a summary of my background. A detailed curriculum vitae is attached hereto as Exhibit A.

3.     I have a Bachelor of Arts and a Doctor of Philosophy degree. In 1989, I received a Bachelor of Arts degree in Biopsychology from Oberlin College. In 1998, I received a Doctor of Philosophy degree from the University of Minnesota. This included a one-year clinical psychology internship at the Veterans Affairs Medical Center in Ann Arbor, Michigan, with specialized emphasis on neuropsychological assessment.

4.     From 2000-2001, I completed post-doctoral training in Bochum, Germany, at the University of Bochum, in the neuropsychology laboratory of Irene Daum, D. Phil., in the Department of Psychology. From 2002 to 2005, I completed further post-doctoral training in functional neuroimaging at the University of Pittsburgh, Western Psychiatric Institute and Clinic, through an NIH-funded T-32 post-doctoral scholars program. In 2005, I joined the Department of Neurology at the same institution as a Research Associate. In 2010, I joined the faculty as an Assistant Professor, in conjunction with a competitively awarded, NIH-funded K23 Patient-Oriented Research Career Development Award from the National Institute on Aging (NIA). I performed research in the areas of longitudinal cognitive decline in aging, mild cognitive impairment, subjective memory impairment and neuroimaging. During 2007-

BLOOD HURST & O'REARDON, LLP

1                Case No. 5:15-cv-01358 VAP (SPx)
DECLARATION OF BETH SNITZ, Ph.D. ISO MOTION FOR CLASS CERTIFICATION

00108072

2010, I also conducted neuropsychological evaluations with patients in a small, part-time private practice.

5.      I am currently an Associate Professor of Neurology at the University of Pittsburgh School of Medicine. I am the neuropsychologist for the University of Pittsburgh Alzheimer Disease Research Center (ADRC); the Associate Director of the ADRC Clinical Core; the Associate Director of the ADRC Outreach, Recruitment and Education Core; and the Director of the Clinical Core of an NIA-funded Program Project Grant (P01). I am members of the American Psychological Association, Division 40 (Society for Clinical Neuropsychology) and the International Neuropsychological Society. I have authored or co-authored 72 peer-reviewed publications. The h-index associated with my publications currently is 28, as determined by Google scholar on 9/10/16. I have presented my research at national and international scientific conferences, including the Alzheimer's Association International Conference, the International Neuropsychological Society annual meeting, the Human Amyloid Imaging annual meeting, and the American Gerontological Society annual meeting. I serve on the editorial board of the Journal of the American Geriatrics Society, and I regularly review manuscripts on an ad-hoc basis for numerous neuropsychology, psychology, neurology, Alzheimer Disease and gerontology/geriatrics journals.

6.      As an academic neuropsychologist in the Department of Neurology at the University of Pittsburgh, I work and have worked closely with faculty from a number of disciplines, departments and ongoing studies. This included the NIH-funded Ginkgo Evaluation of Memory (GEM) study, from the years 2005 to 2008, when the GEM study ended. I was closely involved with the cognitive measurement and cognitive outcomes of the GEM study. I was a co-author of the primary outcome report on dementia prevention (DeKosky et al., 2008), and I was the lead author of the secondary outcome report on cognitive decline (Snitz

DECLARATION OF BETH SNITZ, Ph.D. ISO MOTION FOR CLASS CERTIFICATION

00108072

BLOOD HURST & O'REARDON, LLP

1  et al., 2009).

2       7.    Collectively, my education background, training, and clinical

3  research and work experience is relevant to the analysis of the advertising claims

4  at issue in this case relating to purported cognitive benefits from consuming

5  Ginkgold products. A list of documents I have considered is attached hereto as

6  Exhibit B.

7       8.    Plaintiff is being charged fees for my services in this engagement

8  based on my hourly billing rate of $300 per hour for general consulting services

9  and for testimony at deposition or trial. My compensation is not dependent on the

10  outcome of this case or the opinions I express.

11       9.    This declaration sets forth my opinion concerning the ability to

12  evaluate whether claims made by Schwabe North America, Inc., and Nature's

13  Way Products, LLC, in their advertisements for their Ginkgold products can be

14  clinically or scientifically proven to provide the claimed health benefits to

15  humans. My opinions are based upon: my personal experience as a psychologist,

16  researcher and academic gained through my professional training, education and

17  knowledge of the relevant fields, and my own research and the scientific

18  publications thereof, other scientific publications and background and reference

19  material.

20       10.    I am informed that Schwabe North America, Inc. claims in

21  advertisements that Ginkgold products are "for mental sharpness" and that they

22  help support "memory, concentration and mental activity."

23       11.    The question of whether Ginkgo biloba improves cognitive

24  functioning, or prevents age-associated cognitive decline, can and should be

25  scientifically evaluated in order to be addressed. Clinical and research scientists

26  apply the principles of the scientific method to the study of particular clinical

27  and/or scientific questions. In this case, those principles can be and have been

28  applied to G. biloba's impact, if any, on cognitive functioning.

3       Case No. 5:15-cv-01358 VAP (SPx)

DECLARATION OF BETH SNITZ, Ph.D. ISO MOTION FOR CLASS CERTIFICATION

12.     The scientific method describes an organized procedure by which scientifically and clinically relevant questions can be asked and answered through direct, focused, standardized and controlled experimentation or observation. The design of adequate and well-controlled human clinical studies by investigators occurs specifically – and exclusively – within the framework of the scientific method, and it is the standard by which the conduct, quality and interpretation of such studies is judged within the scientific community.

13.     With particular respect to the purported efficacy of G. biloba, there exists a large number of high quality human trials, coupled with many published appraisals of the results of those trials, from which it is possible to determine whether or not the relevant and reliable scientific evidence is sufficient to determine that the claims at issue are true.

14.     Based on the high quality original studies and meta-analyses on the efficacy of Ginkgo biloba on cognitive outcome published in peer-reviewed journals the evidence to date demonstrates that Ginkgo biloba is no more effective than placebo for improving cognitive functioning or preventing cognitive decline.

15.     Two recent, large-scale (and well-powered), long-term studies have addressed the question of efficacy of gingko biloba in preventing cognitive decline and preventing progression to Alzheimer Disease (AD).

16.     The first published was the above-referenced GEM study outcome report in the Journal of the American Medical Association (JAMA) in 2009. Snitz et al. reported on the GEM Study planned outcome of longitudinal change over time in cognitive functioning. The GEM Study enrolled n=3069 non-demented individuals age 72-96 at study entry, randomized to receive 120 mg twice daily of G. biloba extract EGb 761 or identical appearing placebo. This was, and remains, the largest published randomized controlled trial (RCT) of G. biloba. Cognitive functioning was measured as performance on a battery of

BLOOD HURST & O'REARDON, LLP

00108072

DECLARATION OF BETH SNITZ, Ph.D. ISO MOTION FOR CLASS CERTIFICATION

BLOOD HURST & O'REARDON, LLP

standardized neuropsychological (NP) tests, covering five cognitive domains: memory, attention, executive functions, and visuospatial abilities. Executive functions include cognitive skills that support goal-directed behavior, such as abstract thinking, inhibiting automatic responses, and mentally alternating between tasks or series of stimuli. Visuospatial abilities include analyzing visual patterns and perceiving the relationships between visual objects in space, typically measured by constructional tasks such as copying abstract figures or putting patterned blocks together to replicate a model. The NP tests were selected for their previously established validity and reliability as measures of cognitive status and cognitive abilities in clinical research. They are well established objective performance measures used in many hundreds of neuropsychological studies. The NP tests were administered by trained and certified technicians who were supervised by study neuropsychologists in standardized administration and scoring rules. Participants in the GEM Study completed the NP test battery at study entry, and then again four years later, and thereafter every year until the study close-out. In addition, two separate cognitive screening measures, the ADAS-Cog and the 3MSE, were administered at least annually throughout the duration of the study. The median follow-up time in the GEM study was 6.1 years. Adherence was good (3 to 8.5% of participants were non-adherent at each visit).

17.    The analysis of decline over time in the GEM Study was performed by highly experienced biostatisticians at the University of Washington. All data collection and analyses were conducted blind to assignment of intervention arm (i.e. G. biloba vs. placebo). The statistical analyses modeled the change per year in test performance (i.e., linear slope) for each cognitive domain, and for the average of the five domains (reflecting a global measure of cognitive change).

18.    Results of the GEM Study 2009 report (Snitz et al.) indicated no difference between G. biloba and placebo on change over time in any of the five

DECLARATION OF BETH SNITZ, Ph.D. ISO MOTION FOR CLASS CERTIFICATION

00108072

measured cognitive domains (memory, attention, executive functions, language and visuospatial abilities). Results indicated no difference between G. biloba and placebo on change over time on more frequently administered cognitive screening instruments, as well.

19.     The reporting of this paper adhered to the CONSORT (Consolidated Standards of Reporting Trials), an evidenced-base set of standards for reporting randomized trials that aims to improve the quality of health research and its reporting. These guidelines are endorsed and required by many prominent medical journals and by leading editorial organizations. (www.consort-statement.org/). *See* appendix Y for the CONSORT checklist for Snitz et al., 2009, required by the journal JAMA as prerequisite for publishing results of an RCT.

20.     The second large-scale, long-term, randomized controlled study of G. biloba was the GuidAge Study. Vellas et al (2012) reported on incidence of AD over five years of treatment (vs. placebo) in n=2854 participants. Participants underwent annual cognitive, functional, and dementia assessments that were standardized and valid for detection of AD. All diagnoses of dementia were reviewed by an independent primary outcome committee, including neurologists and a neuropsychiatrist who were masked to group assignment and investigator identity. The findings were no significant difference between G. biloba and placebo groups after five years in the incidence of AD. That is, the treatment was not effective for prevention of dementia.

21.     A smaller and earlier study, Solomon et al. (2002) addressed the question of whether G. biloba *improved* (emphasis mine) memory or other cognitive functions in older, cognitively healthy study volunteers age 60 and older, after 6 weeks of intervention. This double-blind RCT enrolled n=230 participants, randomized to G. biloba (120 mg) or placebo. The outcome measures were standardized, objective performance-based NP tests measuring

BLOOD HURST & O'REARDON, LLP

DECLARATION OF BETH SNITZ, Ph.D. ISO MOTION FOR CLASS CERTIFICATION

memory (learning and recall), attention and concentration, and language (verbal fluency and confrontation naming). Analyses indicated no significant differences on any cognitive outcome after the intervention period, by either an intention-to-treat analysis or by a fully evaluable analysis (i.e., including only fully adherent participants). G. biloba was not effective in improving memory and other cognitive functions in healthy individuals in this study.

22.     Several systematic reviews and quantitative meta-analyses contribute importantly to the scientific body of evidence on the efficacy of G. biloba in improving cognition in healthy individuals or in patients with cognitive impairment.

23.     Canter and Ernst (2007) critically evaluated data from 15 RCTs to determine whether G. biloba enhances cognitive functions in healthy, younger study participants. They considered 7 single-dose studies and 8 longer-term studies, though the treatment periods ranged from 2 days to 13 weeks. Cognitive outcomes were varied but broadly comprised objective performance-based measures of information processing speed, memory, and attention. Taking into account methodological features of the studies and lack of consistency of specific positive findings, the authors concluded that, overall, there is no convincing evidence of a nootropic (i.e., cognitive enhancing) effect of G. biloba in heathy individuals under the age of 60.

24.     A meta-analysis in 2012 (Laws et al.) addressed the question posed by the Canter and Ernst (2007) review:  Does G. biloba enhance memory and other cognitive functions in cognitively healthy individuals?  Whereas the Canter and Ernst review was qualitative, the Laws et al. review was quantitative, synthesizing data across primary studies. This allows 1) an increase in power to detect effects, and 2) the capacity to investigate study design (e.g., sample size) or participant characteristics (e.g., age) which may be systematically related to study findings and effect size. The Laws et al. (2012) meta-analysis included data

DECLARATION OF BETH SNITZ, Ph.D. ISO MOTION FOR CLASS CERTIFICATION

BLOOD HURST & O'REARDON, LLP

00108072

BLOOD HURST & O'REARDON, LLP

from 10 RCTs, including both younger and older participants. Effect sizes were categorized by cognitive domain: outcomes from tests of memory, attention, and executive function (see definition above). The results of the meta-analysis indicated that when data were combined across studies, effect sizes were close to 0 for memory, executive function and attention, respectively. That is, there was no difference in cognitive outcomes between groups assigned to G. biloba and to placebo treatments, for healthy individuals over a large age range, on measures of memory, executive function and attention. Further, effect sizes from the primary studies were not systematically related to participant age, duration of the trial, daily dose, total dose or sample size.

25. The most recent Cochrane systematic review and partial meta-analysis of G. biloba for dementia and cognitive impairment was updated in 2009. Cochrane reviews are highly regarded in the international health sciences community as authoritative, reliable and independent. They are systematic, peer-reviewed, and evidence-based evaluations of primary health research. The Birks and Evans (2009) Cochrane review included 36 double-blind RCTs of G. biloba vs. placebo for evaluating cognitive (and behavioral) effects on people with cognitive impairment, including dementia. Most trials tested the same standardized preparation of Ginkgo biloba, EGb 761, at different doses. The more recent trials, which were the longest duration and most methodologically sound, yielded inconstant results regarding cognitive outcomes; three out of four of the most recent trials showed no difference between G. biloba and placebo, while one study showed very large treatment effects. The authors concluded that "the evidence that Ginkgo biloba has predictable and clinically significant benefit for people with dementia or cognitive impairment is inconsistent and unreliable" (p.2).

26. In summary, the clinical scientific literature is replete with reports of human clinical trials of Ginkgo biloba and systematic reviews and meta-

analyses of those trials. Using established principles of clinical research and knowledge about assessing cognitive functions in humans, there is sufficient scientific information from which the veracity of Schwabe North America, Inc.'s claims about the cognitive benefits of Ginkgold products can and should be evaluated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 13, 2016, at Pittsburgh, Pennsylvania.

By: _____
BETH E. SNITZ, Ph.D.

DECLARATION OF BETH SNITZ, Ph.D. ISO MOTION FOR CLASS CERTIFICATION

BLOOD HURST & O'REARDON, LLP

00108072

# EXHIBIT A

# CURRICULUM VITAE
**Beth E Snitz, Ph.D.**
**University of Pittsburgh**

**Business Address:** Oxford Building, Suite 830
3501 Forbes Avenue
Pittsburgh,
PA 15213-3418

**Business Phone:** (412) 692-4820

**Business Fax:** (412) 246-6873

**Email Address:** snitzbe@upmc.edu

**Home Address:** 114 Alpine Circle
Pittsburgh, PA 15215

**Home Phone:** (412) 781-1602

**Birthplace:** Detroit, Michigan

**Citizenship:** USA

## EDUCATION and TRAINING

**Undergraduate**

| 1985 - 1989 | Oberlin College
Oberlin, OH | BA
Biopsychology |
|---|---|---|

**Graduate**

| 1992 - 1998 | University of Minnesota
Minneapolis, MN | PhD
Clinical Psychology |
|---|---|---|

**Postgraduate**

| 1997 - 1998 | Ann Arbor VA Medical Center
Ann Arbor, MI | Clinical Psychology Internship |
|---|---|---|
| 2000 - 2001 | Ruhr University Bochum
Bochum, North Rhine-Westphalia, Germany | Post-Doctoral Research Associate |
| 2002 - 2005 | University of Pittsburgh
Pittsburgh, PA | Post-Doctoral Research Fellow |

## APPOINTMENTS and POSITIONS

**Academic**

| 2005 - 2010 | School of Medicine
University of Pittsburgh
Pittsburgh, PA | Research Associate
Department of Neurology |
|---|---|---|
| 2010 - 2011 | School of Medicine
University of Pittsburgh | Visiting Assistant Professor
Department of Neurology |
| 2011 – 2016 | School of Medicine
University of Pittsburgh | Assistant Professor
Department of Neurology |

| 4/2016 - present | School of Medicine<br>University of Pittsburgh | Associate Professor<br>Department of Neurology |

## CERTIFICATION and LICENSURE

### Specialty Certification

| 4/12/2007 - Present | Pennsylvania Psychology License<br>#PS016215 |

## MEMBERSHIP in PROFESSIONAL and SCIENTIFIC SOCIETIES

| 2000 - Present | Member, International Neuropsychological Society |
| 1999 - Present | Member, American Psychological Association |

## HONORS and AWARDS

| 2010 - 2015 | NIH Research Career Development Award (K-23) |
| 2005 - 2007 | National Alliance for Research on Schizophrenia and Depression (NARSAD) Young Investigator Award |
| 1995 - 1996 | University of Minnesota Graduate School Fellowship |
| 1989 | Phi Beta Kappa |

## PUBLICATIONS

### Peer-reviewed Publications

1. Meltzer HY, Cola P, Way L, Thompson PA, Bastani B, Davies MA, **Snitz B**. Cost effectiveness of clozapine in neuroleptic-resistant schizophrenia. *The American Journal of Psychiatry*. 1993 Nov; 150 (11):1630-8. PMID: 8105705.

2. Sobell JL, Lind TJ, Sigurdson DC, Zald DH, **Snitz B**E, Grove WM, Heston LL, Sommer SS. The D5 dopamine receptor gene in schizophrenia: identification of a nonsense change and multiple missense changes but lack of association with disease. *Human Molecular Genetics*. 1995 Apr; 4 (4):507-14. PMID: 7633397.

3. **Snitz B**E, Roman DD, Beniak TE. Efficacy of the Continuous Visual Memory Test in lateralizing temporal lobe dysfunction in chronic complex-partial epilepsy. *Journal of Clinical and Experimental Neuropsychology*. 1996 Oct; 18 (5):747-54. PMID: 8941859.

4. **Snitz B**E, Curtis CE, Zald DH, Katsanis J, Iacono WG. Neuropsychological and oculomotor correlates of spatial working memory performance in schizophrenia patients and controls. *Schizophrenia Research*. 1999 Jul 27; 38 (1):37-50. PMID: 10427609.

5. Grove WM, Zald DH, Lebow BS, **Snitz B**E, Nelson C. Clinical versus mechanical prediction: a meta-analysis. *Psychological Assessment*. 2000 Mar; 12 (1):19-30. PMID: 10752360.

6. **Snitz B**E, Bieliauskas LA, Crossland AR, Basso MR, Roper B. PPVT-R as an estimate of premorbid intelligence in older adults. *The Clinical Neuropsychologist*. 2000 May; 14 (2):181-6. PMID: 10916192.

7. Daum I, **Snitz B**E, Ackermann H. Neuropsychological deficits in cerebellar syndromes. *International Review of Psychiatry*. 2001; 13:268-275.

8. **Snitz B**E, Daum I. Neuropsychology of schizophrenia: A selective review. *Zeitschrift fur Neuropsychologie.* 2001; 12:3-7.

9. **Snitz B**E, Hellinger A, Daum I. Impaired processing of affective prosody in Korsakoff's syndrome. *Cortex;* a journal devoted to the study of the nervous system and behavior. 2002 Dec; 38 (5):797-803. PMID: 12507048.

10. Sartori G, **Snitz B**E, Sorcinelli L, Daum I. Remote memory in advanced Alzheimer's disease. *Archives of Clinical Neuropsychology* : the official journal of the National Academy of Neuropsychologists. 2004 Sep; 19 (6):779-89. PMID: 15288331.

11. **Snitz B**E, MacDonald A 3rd, Cohen JD, Cho RY, Becker T, Carter CS. Lateral and medial hypofrontality in first-episode schizophrenia: functional activity in a medication-naive state and effects of short-term atypical antipsychotic treatment. The *American Journal of Psychiatry*. 2005 Dec; 162 (12):2322-9. PMID: 16330597.

12. **Snitz B**E, Macdonald AW 3rd, Carter CS. Cognitive deficits in unaffected first-degree relatives of schizophrenia patients: a meta-analytic review of putative endophenotypes. *Schizophrenia Bulletin*. 2006 Jan; 32 (1):179-94. PMCID: PMC2632195. PMID: 16166612.

13. Lopez-Garcia P, Aizenstein HJ, **Snitz B**E, Walter RP, Carter CS. Automated ROI-based brain parcellation analysis of frontal and temporal brain volumes in schizophrenia. *Psychiatry Research*. 2006 Oct 30; 147:153-61. PMID: 16949259.

14. Klunk WE, Price JC, Mathis CA, Tsopelas ND, Lopresti BJ, Ziolko SK, Bi W, Hoge JA, Cohen AD, Ikonomovic MD, Saxton JA, **Snitz B**E, Pollen DA, Moonis M, Lippa CF, Swearer JM, Johnson KA, Rentz DM, Fischman AJ, Aizenstein HJ, DeKosky ST. Amyloid deposition begins in the striatum of presenilin-1 mutation carriers from two unrelated pedigrees. *The Journal of Neuroscience* : The Official Journal of The Society For Neuroscience. 2007 Jun 6; 27 (23):6174-84. PMCID: PMC3265970. PMID: 17553989. doi: 10.1523/JNEUROSCI.0730-07.2007.

15. **Snitz B**E, Morrow LA, Rodriguez EG, Huber KA, Saxton JA. Subjective memory complaints and concurrent memory performance in older patients of primary care providers. *Journal of the International Neuropsychological Society : JINS*. 2008 Nov; 14 (6):1004-13. PMCID: PMC2639714. PMID: 18954480.

16. Aizenstein HJ, Nebes RD, Saxton JA, Price JC, Mathis CA, Tsopelas ND, Ziolko SK, James JA, **Snitz B**E, Houck PR, Bi W, Cohen AD, Lopresti BJ, DeKosky ST, Halligan EM, Klunk WE. Frequent amyloid deposition without significant cognitive impairment among the elderly. *Archives of Neurology*. 2008 Nov; 65 (11):1509-17. PMCID: PMC2636844. PMID: 19001171. doi: 10.1001/archneur.65.11.1509.

17. DeKosky ST, Williamson JD, Fitzpatrick AL, Kronmal RA, Ives DG, Saxton JA, Lopez

OL, Burke G, Carlson MC, Fried LP, Kuller LH, Robbins JA, Tracy RP, Woolard NF, Dunn L, **Snitz B**E, Nahin RL, Furberg CD, Ginkgo Evaluation of Memory (GEM) Study Investigators. Ginkgo biloba for prevention of dementia: a randomized controlled trial. *JAMA*. 2008 Nov 19; 300 (19):2253-62. PMCID: PMC2823569. PMID: 19017911. doi: 10.1001/jama.2008.683.

18. Lavery LL, Dodge HH, **Snitz B**, Ganguli M. Cognitive decline and mortality in a community-based cohort: the Monongahela Valley Independent Elders Survey. J*ournal of The American Geriatrics Society*. 2009 Jan; 57 (1):94-100. PMCID: PMC2768614. PMID: 19016932. doi: 10.1111/j.1532-5415.2008.02052.x.

19. **Snitz B**E, Saxton J, Lopez OL, Ives DG, Dunn LO, Rapp SR, Carlson MC, Fitzpatrick AL, Dekosky ST, GEM study Investigators. Identifying mild cognitive impairment at baseline in the Ginkgo Evaluation of Memory (GEM) study. *Aging & Mental Health*. 2009 Mar; 13 (2):171-82. PMCID: PMC2767255. PMID: 19347684.

20. Bhalla RK, Butters MA, Becker JT, Houck PR, **Snitz B**E, Lopez OL, Aizenstein HJ, Raina KD, DeKosky ST, Reynolds CF 3rd. Patterns of mild cognitive impairment after treatment of depression in the elderly. *The American Journal of Geriatric Psychiatry* : Official Journal of The American Association for Geriatric Psychiatry. 2009 Apr; 17 (4):308-16. PMCID: PMC2782929. PMID: 19307859. doi: 10.1097/JGP.0b013e318190b8d8.

21. Wolk DA, Price JC, Saxton JA, **Snitz B**E, James JA, Lopez OL, Aizenstein HJ, Cohen AD, Weissfeld LA, Mathis CA, Klunk WE, De-Kosky ST, DeKoskym ST. Amyloid imaging in mild cognitive impairment subtypes. *Annals of Neurolog*y. 2009 May; 65 (5):557-68. PMCID: PMC2828870. PMID: 19475670. doi: 10.1002/ana.21598.

22. Saxton J, **Snitz B**E, Lopez OL, Ives DG, Dunn LO, Fitzpatrick A, Carlson MC, Dekosky ST, GEM Study Investigators. Functional and cognitive criteria produce different rates of mild cognitive impairment and conversion to dementia. *Journal of Neurology, Neurosurgery, and Psychiatry.* 2009 Jul; 80 (7):737-43. PMCID: PMC2698042.

23. Morrow LA, **Snitz B**E, Rodriquez EG, Huber KA, Saxton JA. High medical co-morbidity and family history of dementia is associated with lower cognitive function in older patients. *Family Practice*. 2009 Oct; 26 (5):339-43. PMCID: PMC2743736. PMID: 19584123.

24. Ganguli M, **Snitz B**, Vander Bilt J, Chang CC. How much do depressive symptoms affect cognition at the population level? The Monongahela-Youghiogheny Healthy Aging Team (MYHAT) study. *International Journal of Geriatric Psychiatry*. 2009 Nov; 24 (11):1277-84. PMCID: PMC2784260. PMID: 19340894. doi: 10.1002/gps.2257.

25. Cohen AD, Price JC, Weissfeld LA, James J, Rosario BL, Bi W, Nebes RD, Saxton JA, **Snitz B**E, Aizenstein HA, Wolk DA, Dekosky ST, Mathis CA, Klunk WE. Basal cerebral metabolism may modulate the cognitive effects of Abeta in mild cognitive impairment: an example of brain reserve. *The Journal of Neuroscience* : The Official Journal of The Society For Neuroscience. 2009 Nov 25; 29 (47):14770-8. PMCID: PMC2810461. PMID: 19940172. doi: 10.1523/JNEUROSCI.3669-09.2009.

26. **Snitz B**E, Unverzagt FW, Chang CC, Bilt JV, Gao S, Saxton J, Hall KS, Ganguli M. Effects of age, gender, education and race on two tests of language ability in community-dwelling older adults. *International Psychogeriatrics* / IPA. 2009 Dec; 21 (6):1051-62. PMCID: PMC2783556. PMID: 19586563. doi: 10.1017/S1041610209990214.

27. **Snitz B**E, O'Meara ES, Carlson MC, Arnold AM, Ives DG, Rapp SR, Saxton J, Lopez OL, Dunn LO, Sink KM, DeKosky ST, Ginkgo Evaluation of Memory (GEM) Study Investigators. Ginkgo biloba for preventing cognitive decline in older adults: a randomized trial. *JAMA*. 2009 Dec 23; 302 (24):2663-70. PMCID: PMC2832285. PMID: 20040554. doi: 10.1001/jama.2009.1913.

28. Ganguli M, **Snitz B**E, Lee CW, Vanderbilt J, Saxton JA, Chang CC. Age and education effects and norms on a cognitive test battery from a population-based cohort: the Monongahela-Youghiogheny Healthy Aging Team. *Aging & Mental Health*. 2010 Jan; 14 (1):100-7. PMCID: PMC2828360. PMID: 20155526. doi: 10.1080/13607860903071014.

29. Ganguli M, Chang CC, **Snitz B**E, Saxton JA, Vanderbilt J, Lee CW. Prevalence of mild cognitive impairment by multiple classifications: The Monongahela-Youghiogheny Healthy Aging Team (MYHAT) project. *The American Journal of Geriatric Psychiatry* : Official Journal of The American Association For Geriatric Psychiatry. 2010 Aug; 18 (8):674-83. PMCID: PMC2906673. PMID: 20220597. doi: 10.1097/JGP.0b013e3181cdee4f.

30. **Snitz B**E, Loewenstein DA, Chang CC, Lee CW, Vander Bilt J, Saxton J, Ganguli M. A novel approach to assessing memory at the population level: vulnerability to semantic interference. *International Psychogeriatrics* / IPA. 2010 Aug; 22 (5):785-94. PMCID: PMC2891858. PMID: 20105350. doi: 10.1017/S1041610209991657.

31. Ganguli M, Bilt JV, Lee CW, **Snitz B**E, Chang CC, Loewenstein DA, Saxton JA. Cognitive test performance predicts change in functional status at the population level: the MYHAT Project. *Journal of The International Neuropsychological Society : JINS*. 2010 Sep; 16 (5):761-70. PMCID: PMC3232179. PMID: 20609270.

32. Hughes TF, **Snitz B**E, Ganguli M. Should mild cognitive impairment be subtyped? *Current Opinion in Psychiatry*. 2011 May; 24 (3):237-42. PMCID: PMC3365571. PMID: 21346570. doi: 10.1097/YCO.0b013e328344696b.

33. Ganguli M, **Snitz B**E, Saxton JA, Chang CC, Lee CW, Vander Bilt J, Hughes TF, Loewenstein DA, Unverzagt FW, Petersen RC. Outcomes of mild cognitive impairment by definition: a population study. *Archives of Neurology*. 2011 Jun; 68 (6):761-7. PMCID: PMC3135309. PMID: 21670400. doi: 10.1001/archneurol.2011.101.

34. Becker JT, Duara R, Lee CW, Teverovsky L, **Snitz B**E, Chang CC, Ganguli M. Cross-validation of brain structural biomarkers and cognitive aging in a community-based study. *International Psychogeriatrics* / IPA. 2012 Jul; 24 (7):1065-75. PMCID: PMC3391579. PMID: 22420888. doi: 10.1017/S1041610212000191.

35. Fowler NR, Morrow LA, Tu LC, Landsittel DP, **Snitz B**E, Rodriguez EG, Saxton JA. Association between Cognitive Decline in Older Adults and Use of Primary Care Physician Services in Pennsylvania. *Journal of Primary Care & Community Health.*

2012 Jul 1; 3 (3):201-9. PMCID: PMC3395221. PMID: 22798988.

36. Wolk DA, Price JC, Madeira C, Saxton JA, **Snitz B**E, Lopez OL, Mathis CA, Klunk WE, DeKosky ST. Amyloid imaging in dementias with atypical presentation. *Alzheimer's & Dementia : The Journal of The Alzheimer's Association*. 2012 Sep; 8 (5):389-98. PMCID: PMC3517915. PMID: 22285638. doi: 10.1016/j.jalz.2011.07.003.

37. **Snitz B**E, Yu L, Crane PK, Chang CC, Hughes TF, Ganguli M. Subjective cognitive complaints of older adults at the population level: an item response theory analysis. *Alzheimer Disease and Associated Disorders*. 2012 ; 26 (4): 344-51. PMCID: PMC3337955. PMID: 22193355. doi: 10.1097/WAD.0b013e3182420bdf.

38. Hughes TF, Chang CC, Bilt JV, **Snitz B**E, Ganguli M. Mild cognitive deficits and everyday functioning among older adults in the community: the Monongahela-Youghiogheny Healthy Aging Team study. T*he American Journal of Geriatric Psychiatry :* Official Journal of The American Association For Geriatric Psychiatry. 2012 Oct; 20 (10):836-44. PMCID: PMC3445790. PMID: 22337146.

39. **Snitz B**E, Weissfeld LA, Lopez OL, Kuller LH, Saxton J, Singhabahu DM, Klunk WE, Mathis CA, Price JC, Ives DG, Cohen AD, McDade E, Dekosky ST. Cognitive trajectories associated with ß-amyloid deposition in the oldest-old without dementia. *Neurology*. 2013 Apr 9; 80 (15):1378-84. PMCID: PMC3662268. PMID: 23516317.

40. Cohen AD, Mowrey W, Weissfeld LA, Aizenstein HJ, McDade E, Mountz JM, Nebes RD, Saxton JA, **Snitz B**, Dekosky S, Williamson J, Lopez OL, Price JC, Mathis CA, Klunk WE. Classification of amyloid-positivity in controls: comparison of visual read and quantitative approaches. *NeuroImage*. 2013 May 1; 71:207-15. PMCID: PMC3605888. PMID: 23353602.

41. Mathis CA, Kuller LH, Klunk WE, **Snitz B**E, Price JC, Weissfeld LA, Rosario BL, Lopresti BJ, Saxton JA, Aizenstein HJ, McDade EM, Kamboh MI, DeKosky ST, Lopez OL. In vivo assessment of amyloid-ß deposition in nondemented very elderly subjects. *Annals of Neurolog*y. 2013 Jun; 73 (6):751-61. PMCID: PMC3725727. PMID: 23596051.

42. Ganguli M, Fu B, **Snitz B**E, Hughes TF, Chang CC. Mild cognitive impairment: incidence and vascular risk factors in a population-based cohort. *Neurology*. 2013 Jun 4; 80 (23):2112-20. PMCID: PMC3716350. PMID: 23658380.

43. Nebes RD, **Snitz B**E, Cohen AD, Aizenstein HJ, Saxton JA, Halligan EM, Mathis CA, Price JC, Kamboh MI, Weissfeld LA, Klunk WE. Cognitive aging in persons with minimal amyloid-ß and white matter hyperintensities. *Neuropsychologia*. 2013 Sep; 51 (11):2202-9. PMCID: PMC3807130. PMID: 23911776.

44. Lopez OL, Becker JT, Chang YF, Sweet RA, Aizenstein H, **Snitz B**, Saxton J, McDade E, Kamboh MI, DeKosky ST, Reynolds CF 3rd, Klunk WE. The long-term effects of conventional and atypical antipsychotics in patients with probable Alzheimer's disease. *The American Journal of Psychiatry*. 2013 Sep; 170 (9):1051-8. PMCID: PMC3990263. PMID: 23896958. doi: 10.1176/appi.ajp.2013.12081046.

45. Hughes TM, Kuller LH, Barinas-Mitchell EJ, Mackey RH, McDade EM, Klunk WE, Aizenstein HJ, Cohen AD, **Snitz B**E, Mathis CA, DeKosky ST, Lopez OL. Pulse wave velocity is associated with ß-amyloid deposition in the brains of very elderly adults. *Neurology*. 2013 Nov 5; 81 (19):1711-8. PMCID: PMC3812104. PMID: 24132374. doi: 10.1212/01.wnl.0000435301.64776.37.

46. Bamne MN, Demirci FY, Berman S, **Snitz B**E, Rosenthal SL, Wang X, Lopez OL, Kamboh MI. Investigation of an amyloid precursor protein protective mutation (A673T) in a North American case-control sample of late-onset Alzheimer's disease. *Neurobiology of Aging*. 2014 Jan 23. PMID: 24529499.

47. Ganguli M, Lee CW, **Snitz B**E, Hughes TF, McDade EM, Chang CC. How Well Do MCI Criteria Predict Progression to Severe Cognitive Impairment and Dementia? *Alzheimer Disease and Associated Disorders*. 2014 Feb 11. PMID: 24521821.

48. Ganguli M, Lee CW, Hughes T, **Snitz B**E, Jakubcak J, Duara R, Chang CC. Who wants a free brain scan? Assessing and correcting for recruitment biases in a population-based sMRI pilot study. *Brain Imaging and Behavior.* 2014 Feb 27. PMID: 24573773.

49. Hughes TM, Lopez OL, Evans RW, Kamboh MI, Williamson JD, Klunk WE, Mathis CA, Price JC, Cohen AD, **Snitz B**E, Dekosky ST, Kuller LH. Markers of cholesterol transport are associated with amyloid deposition in the brain. *Neurobiology of Aging*. 2014 Apr; 35 (4):802-7. PMCID: PMC3896052. PMID: 24199960.

50. Tate JA, **Snitz B**E, Alvarez KA, Nahin RL, Weissfeld LA, Lopez O, Angus DC, Shah F, Ives DG, Fitzpatrick AL, Williamson JD, Arnold AM, DeKosky ST, Yende S, GEM Study Investigators. Infection hospitalization increases risk of dementia in the elderly. *Critical Care Medicine*. 2014 May; 42 (5):1037-46. PMCID: PMC4071960. PMID: 24368344.

51. Chaudhry M, Hasnain S, **Snitz B**E, Wang X, Rosenthal S, Demirci FY, Kamboh MI. Association of APOE polymorphisms and stressful life events with dementia in a Pakistani population. *Neuroscience Letters*. 2014 Jun 6; 570:42-6. PMID: 24746929.

52. McDade E, Kim A, James J, Sheu LK, Kuan DC, Minhas D, Gianaros PJ, Ikonomovic S, Lopez O, **Snitz B**, Price J, Becker J, Mathis C, Klunk W. Cerebral perfusion alterations and cerebral amyloid in autosomal dominant Alzheimer disease. *Neurology*. 2014 Aug 19; 83 (8):710-7. PMID: 25031286.

53. Lim HK, Nebes R, **Snitz B**, Cohen A, Mathis C, Price J, Weissfeld L, Klunk W, Aizenstein HJ. Regional amyloid burden and intrinsic connectivity networks in cognitively normal elderly subjects. *Brain : A Journal of Neurology*. 2014 Sep 29. PMID: 25266592. doi: 10.1093/brain/awu271.

54. Lopez OL, Klunk WE, Mathis C, Coleman RL, Price J, Becker JT, Aizenstein HJ, **Snitz B**, Cohen A, Ikonomovic M, McDade E, DeKosky ST, Weissfeld L, Kuller LH. Amyloid, neurodegeneration, and small vessel disease as predictors of dementia in the oldest-old. *Neurology*. 2014 Nov 11; 83 (20):1804-11. PMID: 25305156.

55. Chaudhry M, Hasnain S, Wang X, **Snitz BE**, Bamne MN, Rosenthal S, Yesim Demirci F, Ilyas Kamboh M. Association analysis of 23 susceptibility loci with risk of dementia in a Pakistani population. *Psychiatry Research*. 2014 Nov 11. PMID: 25467701.

56. Ganguli M, Lee CW, **Snitz BE**, Hughes TF, McDade E, Chang CC. Rates and risk factors for progression to incident dementia vary by age in a population cohort. *Neurology*. 2014 Dec 3. PMID: 25471390. doi: 10.1212/WNL.0000000000001113.

57. Ganguli M, Fu B, **Snitz BE**, Unverzagt FW, Loewenstein DA, Hughes TF, Chang CC. Vascular risk factors and cognitive decline in a population sample. *Alzheimer Disease and Associated Disorders* 2014, 28(1):9-15. PMCID: PMC3945071. PMID: 24126216.

58. **Snitz BE**, Weissfeld LA, Cohen AD, Lopez OL, Nebes RD, Aizenstein HJ, McDade E, Price JC, Mathis CM, Klunk WE. Subjective cognitive complaints, personality and brain amyloid-beta in cognitively normal older adults. *American Journal of Geriatric Psychiatry,* 2015, 23(9), 985-993. doi:10.1016/j.jagp.2015.01.008.

59. **Snitz BE**, Lopez OL, McDade E, Becker JT, Cohen AD, Price JC, Mathis CA, Klunk WE. Amyloid beta imaging in older adults presenting to a memory clinic with subjective cognitive decline: A pilot study. *Journal of Alzheimer's Disease*, 2015, 48, S151-S159.

60. Rosenthal SL, Bamne MN, Wang X, Berman S, **Snitz BE,** Klunk WE, Sweet RA, Demirci FY, Lopez OL, Kamboh MI. More evidence for association of a rare TREM2 mutation (R47H) with Alzheimer's disease risk. *Neurobiology of Aging*. 2015 Aug; 36 (8):2443.e21-6. PMCID: PMC4465085. PMID: 26058841. doi: 10.1016/j.neurobiolaging.2015.04.012.

61. Yau WW, Tudorascu DL, McDade EM, Ikonomovic S, James JA, Minhas D, Mowrey W, Sheu LK, **Snitz BE**, Weissfeld L, Gianaros PJ, Aizenstein HJ, Price JC, Mathis CA, Lopez OL, Klunk WE. Longitudinal assessment of neuroimaging and clinical markers in autosomal dominant Alzheimer's disease: a prospective cohort study. *The Lancet. Neurology*. 2015 Jun 29. PMID: 26139022. doi: 10.1016/S1474-4422(15)00135-0.

62. **Snitz, BE**, Small, B. J., Wang, T., Chang, C. C. H., Hughes, T. F., & Ganguli, M. Do subjective memory complaints lead or follow objective cognitive change? A five-year population study of temporal influence. *Journal of the International Neuropsychological Society*, 2015, 21(09), 732-742.

63. Nimgaonkar, V. L., Yolken, R. H., Wang, T., Chung-Chou, H. C., McClain, L., McDade, E., **Snitz BE**, & Ganguli, M. Temporal Cognitive Decline Associated With Exposure to Infectious Agents in a Population-based, Aging Cohort. *Alzheimer Disease and Associated Disorders*. 2015. doi:10.1097/WAD.0000000000000133

64. Rabin, L. A., Smart, C. M., Crane, P. K., Amariglio, R. E., Berman, L. M., Boada, M., Buckley, R., Chetalat, G., Dubois, B., Ellis, K.A., Gifford, K.A., Jefferson, A.L., Jessen, F., Katz, M.J., Lipton, R.B., Perrotin, A., Petersen, R.C., Rami, L., Reisberg, B., Rentz, D.M., Reidel-Heller, SG., Risacher, S.L., Rodriquez, O., Sachdev, P.S., Saykin, A.J., Slavin, M.J., **Snitz, B.E.**, Sperling, R.A., Tandetnik, C., Van der Flier, W.M., Wagner, M., Wolfsbruber, S., & Sikkes. Subjective Cognitive Decline in Older Adults: An Overview of Self-Report Measures Used Across 19 International Research Studies. *JOURNAL OF ALZHEIMERS DISEASE*, 2015, 48, S63-S86. doi:10.3233/JAD-150154

65. Callahan, K. E., Lovato, J. F., Miller, M. E., Easterling, D., **Snitz, B**., & Williamson, J. D. Associations Between Mild Cognitive Impairment and Hospitalization and Readmission. *JOURNAL OF THE AMERICAN GERIATRICS SOCIETY*, 2015, 63(9), 1880-1885.

66. Gregg, N. M., Kim, A. E., Gurol, M. E., Lopez, O. L., Aizenstein, H. J., Price, J. C., Mathis, C.A., James, J.A. **Snitz, B.E.**, Cohen, A.D., Kamboh, I., Minhas, D., Weissfeld, L.A., Tamburo, E., & Klunk, W. E. Incidental cerebral microbleeds and cerebral blood flow in elderly individuals. *JAMA Neurology*, 2015, *72*(9), 1021-1028. doi:10.1001/jamaneurol.2015.1359

67. Fowler, N. R., Morrow, L., Chiappetta, L., **Snitz, B**., Huber, K., Rodriguez, E., & Saxton, J. Cognitive testing in older primary care patients: A cluster-randomized trial. *Alzheimer's and Dementia: Diagnosis, Assessment and Disease Monitoring*, 2015, 1(3), 349-357. doi:10.1016/j.dadm.2015.06.009

68. Wollam, M. E., Weinstein, A. M., Saxton, J. A., Morrow, L., **Snitz, B**., Fowler, N. R., . . . Erickson, K. I. Genetic Risk Score Predicts Late-Life Cognitive Impairment. *Journal of Aging Research*, 2015. doi:10.1155/2015/267062

69. Goodheart, A. E., Tamburo, E., Minhas, D., Aizenstein, H. J., McDade, E., **Snitz, B. E**., . . . Cohen, A. D. Reduced binding of Pittsburgh Compound-B in areas of white matter hyperintensities. *NEUROIMAGE-CLINICAL*, 2015, 9, 479-483. doi:10.1016/j.nicl.2015.09.009

70. McDade, E., Sun, Z., Lee, C. -W., **Snitz, B**., Hughes, T., Chang, C. -C. H., & Ganguli, M. The association between pulse pressure change and cognition in late life: Age and where you start matters. *Alzheimers Dement (Amst)*, 2016, 4, 56-66. doi:10.1016/j.dadm.2016.03.008

71. Graziane, J. A., Beer, J. C., **Snitz, B. E**., Chang, C. -C. H., & Ganguli, M. Dual Trajectories of Depression and Cognition: A Longitudinal Population-Based Study. *AMERICAN JOURNAL OF GERIATRIC PSYCHIATRY*, 2016, 24(5), 364-373. doi:10.1016/j.jagp.2015.08.001

72. Mattos, M. K., **Snitz, B. E**., Lingler, J. H., Burke, L. E., Novosel, L. M., & Sereika, S. M. Older Rural- and Urban-Dwelling Appalachian Adults With Mild Cognitive Impairment. *J Rural Health*. 2016 doi:10.1111/jrh.12189

## Books, Book Chapters, Monographs

1. Mcdade E, Lopez OL, **Snitz BE**. Evaluation and management of cognitive disorders and dementia: The basic evaluation. In: Miller M, Solai LK, editors. Geriatric Psychiatry. Oxford: Oxford University Press, 2013.

## Other Publications

1. **Snitz, BE**, Arnold, AM, and DeKosky, ST. Ginkgo biloba and cognitive decline – reply to letter. *Journal of the American Medical Association* 2010; 303(15):1477-1478.

2. Becker JT, **Snitz BE**. Yes, it is time to reconsider how we rate cognitive impairments in HIV disease. *Neuroepidemiology* 2013; 41(3-4): 217-8. doi: 10.1159/000355128.

# RESEARCH

**Current research support**

| | |
|---|---|
| Funding Agency: | NIA |
| Grant Number: | R01 AG052521-01 |
| Title of Grant: | Alzheimer neuroimaging-biomarkers in pre-clinical cognitive decline from a population-based study |
| Principal Investigator: | Snitz |
| Years Inclusive: | 2016 – 2021 |
| Direct Costs Awarded (current year) | $425,197 |

| | |
|---|---|
| Funding Agency: | NIA |
| Grant Number: | R01 AG023651 |
| Title of Grant: | Mild Cognitive Impairment: a Prospective Community Study |
| Principal Investigator: | Ganguli |
| Snitz Role on Grant: | Co-Investigator |
| Years Inclusive: | 2016 – 2021 |
| Total Awarded (current year) | $2,842,537 |

| | |
|---|---|
| Funding Agency: | NIA |
| Grant Number: | P50 AG005133 |
| Title of Grant: | Alzheimer's Disease Research Center |
| Principal Investigator: | Lopez |
| Snitz Role on Grant: | Project Leader |
| Years Inclusive: | 2015 - 2020 |
| Total Awarded (current year) | $2,271,968 |

| | |
|---|---|
| Funding Agency: | NIA |
| Grant Number: | RF1 AG025516 |
| Title of Grant: | Amyloid Pathology and Cognition in Normal Elderly |
| Principal Investigator: | Klunk |
| Snitz Role on Grant: | Co-Investigator |
| Years Inclusive: | 2014 - 2019 |
| Total Awarded | $2,701,818 |

| | |
|---|---|
| Funding Agency: | NIA |
| Grant Number: | P01 AG025204 |
| Title of Grant: | In vivo PiB-PET amyloid imaging: Normals, MCI and dementia -- Program Project Grant Clinical Core |
| Principal Investigator | Klunk |
| Snitz Role on Grant: | Core Leader, Clinical Core |
| Years Inclusive: | 2016 - 2021 |

Funding Agency:          NIA
Grant Number:            U01 AG051197-01A1
Title of Grant:          Connectomics of Brain Aging and Dementia
Snitz Role on Grant:     Co-Investigator; Clinical Team Leader
Years Inclusive:         2016 - 2020
Total Awarded:           $4,472,805


**Past research support: Principal Investigator role**


Funding Agency:          NIA
Grant Number:            K23 AG038479   Research Career Developmental Award
Title of Grant:          Subjective cognitive complaints, longitudinal cognitive decline
                         and beta-amyloid deposition in non-demented older adults
Snitz Role on Grant:     PI (sole)
Years Inclusive:         9/2010 - 4/2016
Total Amount Awarded:    $590,452

Funding Agency:          NARSAD
Title of Grant:          How Do You Context Processing Deficits in Schizophrenia
                         Impact 'Real World' Functional Outcome?
Snitz Role on Grant:     PI (sole)
Years Inclusive:         7/2006 - 6/2008
Total Amount Awarded:    $60,000

Funding Agency:          NIA
Title of Grant:          Internet-based cognitive stimulation in Mild Cognitive
                         Impairment: A feasibility study
Snitz Role on Grant:     PI (sole)
Years Inclusive:         4/2009 - 3/2010
Total Amount Awarded:    $28,506

## OTHER SCHOLARLY ACTIVITIES

**Ad Hoc Journal Reviewer**

Neuropsychology
Journal of the International Neuropsychological Society
Journal of Clinical and Experimental Neuropsychology
Journal of the American Geriatrics Society
Biological Psychiatry
Health Psychology
Psychology and Neuroscience
Personality and Individual Differences
International Psychogeriatrics
Gerontology

Journal of Applied Gerontology
Schizophrenia Research
Alzheimer's and Dementia
JAMA Neurology
Journal of Alzheimer's Disease

**Grant Reviewer**

| | |
|---|---|
| 2005 - Present | Internal Ad-Hoc Reviewer, Department of Psychiatry Grant Review Committee, Univ. Pittsburgh |
| 2014 | U.K. Alzheimer's Society |
| 2015 | Early Career Review (ECR) Program, Center for Scientific Review, NIH |
| 2016 | Swiss National Science Foundation |

## INVITED PRESENTATIONS

1. Neuropsychological Correlates of Spatial Working Memory Performance in Schizophrenia. Presented at: Seminar; 2001 May; Bochum, Germany.

2. Identifying Mild Cognitive Impairment in the Gingko Evaluation of Memory (GEM) Study at Baseline. Presented at: GEM Study Steering Committee; 2008 Apr; Chicago.

3. Does Gingko biloba Slow Cognitive Decline in Older Adults? Presented at: Gingko Evaluation of Memory Investigator Meeting; 2009 May; Las Vegas.

4. Overview of Mild Cognitive Impairment: Clinic to Community. Presented at: Grand Rounds, Sticht Center for Aging; 2010 Apr; Wake Forest University.

5. Cognition and Amyloid Imaging with Pittsburgh Compound B. Presented at: 8th Barcelona/Pittsburgh Biennial Conference, 'Dementia Today'; 2012 May; Barcelona, Spain.

6. Mild cognitive impairment and cognitive trajectories in the GEM Study. Presented at: Advisory Council for NIH-NCCAM; 2013 Feb; NIH Campus, Bethesda, MD.

7. Subjective Cognitive Complaints in Aging. Presented at: Seminar; 2013 Mar; Pittsburgh VA Health Service.

8. Cognitive Trajectories Associated with Amyloid-Beta in Normal Aging and MCI. Presented at: 12th Annual Mt. Sinai Medical Center MCI Symposium; 2014 Jan 18-19; Miami Beach, FL.

9. CMV and HSV-1, HSV-2 and TOX in the population-based MYHAT elderly cohort. Presented at: Stanley Medical Foundation Annual Meeting; 2014 Dec 14; Baltimore, MD.

10. Subjective Cognition in Aging. Presented at: Brain, Behavior and Cancer Seminar Series; University of Pittsburgh Cancer Institute; 2015 Oct 22; Pittsburgh, PA

11. Subjective Cognitive Complaints, Neuroticism, and Brain Amyloid-Beta Load. 14th Annual Mild Cognitive Impairment (MCI) Symposium, Mount Sinai Medical Center. 2016 Jan 16; Miami Beach, FL

12. Subjective Cognitive Decline, Personality, and Brain Amyloid Load. 10th Biennial BCN-PIT Dementia Conference, May, 2016, Barcelona, Spain

## SELCTED CONFERENCE PRESENTATIONS / PUBLISHED ABSTRACTS

1. **Snitz B**, Roman D, Beniak T. Efficacy of the Continuous Visual Memory Test in lateralizing temporal lobe dysfunction. Presented at: Midwest Neuropsychology Group; 1995; St. Paul, Minnesota.

2. **Snitz B**, Zald D, Sobell J, Lind T, Heston L, Sommer S, Grove W. Nonsense change in the D5 dopamine receptor gene: Search for behavioral phenotypes. Poster presented at: Society of Biological Psychiatry; 1995; Miami, Florida.

3. **Snitz B**, Bieliauskas LA, Crossland A, Basso MR, Roper B. The PPVT-R as an estimate of premorbid intelligence in older adults. Poster presented at: International Neuropsychological Society; 1999; Boston, Massachusetts.

4. **Snitz B**, MacDonald AW, Stenger VA, Cohen JD, Becker TM, Carter CS. An event-related fMRI study of context processing in unmedicated first-episode schizophrenia patients. Poster presented at: Organization for Human Brain Mapping; 2003; New York, New York.

5. **Snitz B**, MacDonald AW, Carter CS. Cognitive impairments in adult first-degree relatives of schizophrenia patients: A meta-analytic review. Poster presented at: International Congress on Schizophrenia Research; 2003; Colorado Springs, Colorado.

6. Becker TM, **Snitz B**, Kerns JG, Barch DM, Yablonsky EJ, Holmes A, Miewald J, Cohen JD, Carter CS. Context processing deficits and associated hypofrontality predict functional outcome in first episode schizophrenia patients. Poster presented at: Society for Neuroscience; 2003; New Orleans, Louisiana.

7. Lopez-Garcia P, Aizenstein HJ, Clark KA, **Snitz B**, Walter RP, Carter CS. Automated ROI-based brain parcellation analysis of regional brain volumes in schizophrenia. Poster presented at: Organization for Human Brain Mapping; 2003; New York, New York.

8. **Snitz B**, Cho RY, Archer G, Cohen JD, Carter CS. Lateral and Medial Hypofrontality in First-Episode Psychosis: Diagnostic Specificity to Schizophrenia. Poster presented at: Organization for Human Brain Mapping; 2005; Toronto, Canada.

9. Lopez-Garcia P, **Snitz B**, Smedley KS, Carter CS. Cognitive enhancement in schizophrenia: The role of dopamine and noradrenaline in PFC. Poster presented at: European College of European Neuropyshcopharmacology; 2006; Paris, France.

10. Klunk WE, Pollen DA, Mathis CA, Price JC, Moonis M, Lippa CF, Johnson KA, Fischman AJ, Tsopelas ND, Lopresti BJ, Ziolko SK, Bi W, Saxton JA, **Snitz B**, Hulland SA, Swearer JM, Aizenstein HJ, DeKosky ST. Amyloid Deposition Begins in the Striatum of Presenilin-1 Mutation Carriers from Two Unrelated Pedigrees. Presented at: 10th International Conference on Alzheimer's Disease and Related Disorders; 2006; Madrid, Spain.

11. **Snitz B**, Archer GE, Cutler V, Caponigro JM, Valenti L, Carter CS, Haas GL. Context processing at illness onset predicts functional outcome at long-term follow-up in early course schizophrenia. Poster presented at: International Congress on Schizophrenia Research; 2007; Colorado Springs, Colorado.

12. **Snitz B**, Morrow LA, Huber K, Saxton JA. Proportion of older patients meeting cognitive criteria for Mild Cognitive Impairment in a primary care practice setting. Poster presented at: International Neuropsychological Society; 2007; Portland, Oregon.

13. Morrow LA, Saxton JA, **Snitz B**, Zoccolotto A, Eschman A. Use of a computer-based assessment of mild cognitive imapirment in primary care physician offices. Presented at: 15th Annual Society for Prevention Research; 2007; Washington DC.

14. Wolk DA, Klunk WE, Price JC, Saxton JA, **Snitz B**, Lopez OL, Lopresti BJ, Mathis CA, Dekosky ST. Amyloid-imaging in dementias of uncertain etiology (DUE) with Pittsburgh Compound-B. Presented at: International Conference on Alzheimer's Disease (ICAD); 2008; Chicago, Illinois.

15. Price JC, James JA, Aizenstein HJ, Wolk DA, Lopez OL, Dunfee KL, Nebes R, Saxton JA, **Snitz B**, Halligan EM, Cohen AD, Mathis CA, Klunk WE, Dekosky ST. Gray matter changes in cognitively normal control subjects with PiB retention. Presented at: International Conference on Alzheimer's Disease (ICAD); 2008; Chicago.

16. Klunk WE, Cohen AD, Price JC, Mathis CA, Wolk DA, Mountz JM, Weissfeld LA, Ziolko SK, Nebes RD, Aizenstein HJ, Saxton JA, **Snitz B**, Houck PR, Halligan EM, DeKosky ST. Classification of amyloid-positivity in cognitively normal elderly controls: comparison of objective approaches with visual reads. Presented at: International Conference on Alzheimer's Disease (ICAD); 2008; Chicago, Illinois.

17. Wolk DA, Saxton JA, **Snitz B**, Lopez OL, Price JC, Mathis CA, Klunk WE, Dekosky ST. Amyloid imaging with PET ligand Pittsburgh Compound B (PiB) in mild cognitive impairment (MCI) subtypes. Presented at: American Academy of Neurology; 2008; Chicago, Illinois.

18. Morrow LA, Saxton JA, **Snitz B**, Rodriguez E, Metheny K, Humber K, Sterling-Lynch CP, Cimino L. Medical co-morbidity, medication use, depression and mild cognitive impairment in primary care settings. Poster presented at: International Neuropsychological Society; 2008; Waikoloa, Hawaii, USA.

19. Morrow LA, Saxton JA, **Snitz B**, Cimino L. Medical co-morbidity, family history of dementia and cognitive function in older primary care practice patients. Poster presented at: Annual Conference of the National Academy of Neuropsychology; 2008; New York, New York.

20. Klunk WE, **Snitz B**, Cohen AD, Price JC, Mathis CA, Aizenstein HJ, Dekosky ST, Saxton JA. Longitudinal study of amyloid deposition in carriers of presenilin-1, presinilin-2, and APP mutations. Presented at: International Conference on Alzheimer's Disease (ICAD); 2009; Vienna, Austria.

21. Klunk WE, Nebes RD, Saxton JA, **Snitz B**, Aizenstein HJ, Cohen AD, Mathis JC, Price LA, Weissfeld LA, Dekosky ST. Longitudinal changes in amyloid deposition in normal elderly, mild cognitive impairment and AD. Presented at: 3rd Human Amyloid Imaging Meeting; 2009; Seattle, Washington.

22. Cohen AD, Aizenstein HJ, Nebes RD, Saxton JA, **Snitz B**, Weissfeld LA, Dekosky ST, Mathis CA, Price JC, Klunk WE. Comparison of cerebral metabolism and amyloid deposition in clinically unimpaired elderly. Poster presented at: 3rd Human Amyloid; 2009; Seattle, Washington.

23. **Snitz B**, Morrow LA, Cimino L, Huber KA, Sterling-Lynch CP, Metheny K, Giconi S, Rodriguez EG, Saxton JA. Availability of neuropsychological test results increases likelihood primary care providers will address dementia issues. Poster presented at: International Neuropsychological Society; 2009; Atlanta, Georgia, USA.

24. Ganguli M, Chang CC, **Snitz B**, Saxton J, Vanderbilt J, Lee C. Prevalence of mild cognitive impairment by multiple classificiations: The Monongahela-Youghiogheny Health Aging Team (MYHAT) Project. Presented at: Metting of the American Academy of neurology; 2010; Toronto, Canada.

25. Klunk WE, Cohen AD, Price J, Mathis C, Nebes R, Saxton J, **Snitz B**, Aizenstein H, Weissfeld L, DeKosky S. Longitudinal changes in amyloid deposition in normal elderly, mild cognitive impairment and AD. Presented at: International Conference on Alzheimer's Disease (ICAD); 2010; Honolulu, Hawaii.

26. Price JC, Weissfeld LA, Mathis CA, Rosario B, Cohen AD, Saxton JA, **Snitz B**, Berginc M, DeKosky ST. Staistical modeling of longitudinal PiB retention. Presented at: 8th International Symposium on Functional Neuroreceptor Mapping of the Living Brain; 2010; Glasgow, Scotland.

27. Klunk WE, **Snitz B**, Cohen AD, Price JC, Mathis CA, DeKosky ST, Lopez AL, Saxton JA. Comparison of longitudinal changes in amyloid deposition and cerebral metabolism in early-onset familial AD. Presented at: Human Amyloid Imaging Meeting; 2010; Toronto.

28. Cohen AD, Price JC, Mathis CA, Nebes RD, Saxton JA, **Snitz B**, Aizenstein HG, Weissfeld LA, DeKosky ST, Klunk WE. Longitudinal changes in fibrillar amyloid-beta deposition across the cognitive spectrum: effect of the APOE4 allele. Poster presented at: International Conference on Alzheimer's Disease (ICAD); 2011; Paris, France.

29. Mathis CA, **Snitz B**, Price J, Klunk W, Saxton J, Weissfeld L, Rosario B, Kuller L, Lopez O. Amyloid imaging in non-demented oldest-old. Presented at: International Conference on Alzheimer's Disease (ICAD); 2011; Paris, France.

30. Morrow LA, Saxton JA, **Snitz B**, Eschman A, Zuccolotto A. Amnestic vs. non-amnestic mild cognitive impairment: memory, executive function and speeded performance. Poster presented at: 29th European Workshop on Cognitive Neuropsychology; 2011; Bressanone, Italy.

31. Morrow LA, Saxton JA, **Snitz B**, Cimino L, Huber KA, Sterling CL, Metheny K. Comparing cognitive imairment by clinical adjudication, computerized assessment and diagnostic algorithm in older PCP patients. Presented at: International Neuropsychological Society; 2011.

32. Cohen A, **Snitz B**, Aizenstein H, Nebes R, Saxton J, Weissfeld L, Lopez O, Price J, Mathis C, Klunk W. Increases in Pittsburgh Compound B retention are associated with increased cerebral glucose metabolism in cognitively normal elderly: role for compensatory hypermetabolism. Presented at: Alzheimer's Association International Conference (AAIC);

2012; Vancouver.

33. Klunk W, Cohen A, Wenzhu B, Weissfeld L, Aizenstein H, McDade E, Mountz J, Nebes R, Saxton J, **Snitz B**, Lopez O, Price J, Mathis C. Why we need two cutoffs for amyloid imaging: Early versus Alzheimer's-like amyloid positivity. Presented at: Alzheimer's Association International Conference (AAIC); 2012; Vancouver, Canada.

34. **Snitz B**, Weissfeld L, Lopez O, Kuller L, Saxton J, Singhabahu D, Klunk W, Price J, Mathis C, Mathis C, Cohen A, DeKosky S. Cognitive trajectories associated with beta-amyloid deposition in the non-demented oldest old. Presented at: Alzheimer's Association International Conference (AAIC); 2012; Vancouver, Canada.

35. Weinstein A, Whitmoyer P, Saxton J, Morrow L, **Snitz B**, Erickson K. The relationship between physical activity and cognitive function in adults with cogntive impairment. Presented at: Alzheimer's Association International Conference (AAIC); 2012; Vancouver, Canada.

36. Tate JA, Angus DC, Weissfeld LA, Alvarez K, Ives D, **Snitz B**E, Shah F, Arnold A, Carlson M, Fitzpatrick A, Furberg C, Hutchens S, Lopez OL, Nahin R, Rapp S, Williamson J, Dekosky ST, Yende S. Hospitalization for Pneumonia is Associated with Increased Risk of Dementia in Older Adults. Presented at: American Thoracic Society International conference; 2012 May 27-28; San Francisco, CA.

37. Dana L Tudorascu, Edelman K, Nebes RD, **Snitz B**E, Cohen A, Price JC, Mathis C, Weissfeld L, Klunk WE, Aizenstein HJ. Amyloid deposition is associated with increased medial temporal lobe activation during memory encoding in the cognitively normal elderly. Poster presented at: Human Amyloid Imaging meeting; 2013.

38. **Snitz B**E, Nebes RD, Aizenstein HJ, Cohen AD, Saxton JA, Halligan EM, Weissfeld LA, Price JC, Mathis CA, Klunk WE. Contributions of imaging beta-amyloid and WMH toward isolating normal cognitive aging. Presented at: Human Amyloid Imaging Conference; 2013; Miami, FL.

39. Chaudhry M, Hasnain S, **Snitz B**, Wang X, Winger D, Wang L, Rosenthal S, Demirci FY, Kamboh MI. Association of APOE Polymorphism and Stressful Life Events with Dementia in the Pakistani Population. Presented at: American Society of Human Genetics Annual Meeting; 2013; Boston, MA.

40. **Snitz B**, Cohen A, Lopez O, Nebes R, Price J, McDade E, Mathis C, and Klunk W. Subjective cognition and neuroticism, but not depressive symptoms, are associated with beta-amyloid deposition in cognitively normal elderly. Alzheimer's & Dementia: The Journal of the Alzheimer's Association 9, no. 4 (2013): P75. Presented at the Alzheimer's Association International Conference 2013 meeting, Boston, MA.

41. Cohen, Ann, **Snitz B**, Lopez O, Aizenstein H, Nebes R, Weissfeld L, Price J, Mathis C, and Klunk W. "Effect of cognitively and physically stimulating activities on PiB-PET." Alzheimer's & Dementia: The Journal of the Alzheimer's Association 9, no. 4 (2013): P25. Presented at the Alzheimer's Association International Conference 2013 meeting, Boston, MA.

42. **Snitz B**, McDade E, Romich E, Aizenstein H, Ikonomovich Z, Sarles E, Zorich K, Price J, Mathis C, Kunk W. Cognitive correlates of striatal amyloid deposition in preclinical and early autosomal dominant Alzheimer's disease. Alzheimer's & Dementia 2013, 9(4), P879. Presented at: Alzheimer's Association International Conference 2013 meeting, Boston.

43. **Snitz, B. E.,** A. D. Cohen, O. L. Lopez, R. D. Nebes, E. McDade, J. Price, C. A. Mathis, and W. E. Klunk. "SUBJECTIVE COGNITION, PERSONALITY AND BRAIN BETA-AMYLOID IN OLDER ADULTS WITHOUT DEMENTIA." In GERONTOLOGIST, vol. 53, pp. 567-567, 2013. Presented at: Gerontological Society of America 2013 meeting, New Orleans, LA.

44. Minhas DS, Gregg NM, Kim AE, Gurol ME, Lopez OL, Aizenstein HJ, Price JC, Mathis CA, James JA, **Snitz B**E, Cohen AD, Kamboh MI, Weissfeld LA, Tamburo EL, Klunk WE. Cerebral microbleeds are associated with cerebral blood flow and metabolism but not amyloid burden or brain atrophy in cognitively normal elderly. Presented at: Alzheimer's Association International Conference (AAIC), Alzheimer's Imaging Consortium (AIC); 2014 Jul 12-17; Copenhagen, Denmark.

45. McDade E, Kim A, Hughes T, **Snitz B**, Cohen A, Price J, Mathis C, Becker J, Klunk W, and Lopez O. "Cerebral Amyloid Related Alterations in Neuronal Metabolism and the Contribution of Multimodal Measures of Vascular Function.(S8. 003)." Neurology 82, no. 10 Supplement (2014): S8-003. Presented at: American Academy of Neurology, 2014 meeting.

46. Lingler J, **Snitz, B**, Schulz R, Price J, Lopez O, Klunk W. Do individuals views about mild cognitive impairment correlate with long-term clinical outcomes ? Alzheimer's & Dementia, 2014, 10(4), P534. Presented at: Alzheimer's Association International Conference, 2014 meeting, Copenhagen, Denmark.

47. **Snitz BE**, Tudorascu D, Nebes R, Cohen A, Aizenstein H, Price J, Mathis C, Weissfeld L, Klunk W. Longitudinal Processing Speed, Working Memory and Inhibitory Control in Relation to Baseline Preclinical Amyloid Staging. Presented at Human Amyloid Imaging 2015 meeting, Miami, FL.

48. **Snitz BE**, Small BJ, Wang T, Chang C-C, Hughes TF, Ganguli M. Temporal dynamics of subjective and objective memory change in aging. Presented at the International Neuropsychological Society 2015 meeting, Denver, CO.

## TEACHING

### Undergraduate Courses

| Year(s) | Course Title | Role | Institution |
|---|---|---|---|
| 1993 | Introduction to Laboratory Psychology | Instructor | Univ. Minnesota |
| 1995 | Introduction to Abnormal Psychology | Instructor | Univ. Minnesota |
| 1996 | Introduction to Abnormal Psychology | Instructor | Univ. Minnesota |
| Spring, 2012 | NEUROSCI 1036, Neurobiology of Aging | Guest Lecturer | Univ. Pittsburgh |

### Graduate Courses

| Year(s) | Course Title | Role | Institution |
|---|---|---|---|
| 1996 | Intellectual and Neuropsychological Assessment | Instructor | Univ. Minnesota |
| 1997 | Objective Personality Assessment | Instructor | Univ. Minnesota |
| 1997 | Clinical Interviewing | Instructor | Univ. Minnesota |
| 1999 | Controversial Issues in Neuropsychology | Instructor | Univ. Freiburg, GERMANY |
| Spring, 2010 | GERON 2600, Multidisciplinary Aspects of Dementia | Guest lecturer | Univ. Pittsburgh |
| Fall 2012, 2013 | EPI 2012, Principles of Neuroepidemiology | Guest lecturer | Univ. Pittsburgh |

**School of Medicine (University of Pittsburgh)**

| Year(s) | Course Title | Role |
|---|---|---|
| 2006 | Introduction to Psychiatry MS-1 | Discussion facilitator |
| 2010 | Overview of Mild Cognitive Impairment for Neurology residents | Lecturer |
| 2011 - 2014 | Geriatrics training break-out session MS-3: Cognitive Assessment: Beyond the Mini-Mental | Curriculum development / Instructor |
| 2014 - 2015 | Neurology Clerkship MS-3: Dementia | Lecturer |

**Continuing Medical Education Activities**

| Year(s) | Title / Topic | Role / Setting |
|---|---|---|
| 2006 | Mild Cognitive Impairment | Presenter; Alzheimer Disease Research Center, Univ. Pittsburgh |
| 2008 | Measuring Reliable Change Over Time in Test Scores | Presenter; Alzheimer Disease Research Center, Univ. Pittsburgh |
| 2010 | Epidemiology of Mild Cognitive Impairment | Presenter; Alzheimer Disease Research Center, Univ. Pittsburgh |
| 2012 | Subjective Memory Complaints in Aging | Presenter; Alzheimer Disease Research Center, Univ. Pittsburgh |
| 2014 | Update on Assessing Driving Risk in Dementia and Aging | Presenter; Alzheimer Disease Research Center, Univ. Pittsburgh |

## MENTORING AND ADVISING

**Undergraduate Students**

| Year(s) | Student's Name & Department/Degree/Discipline | Role |
|---|---|---|
| Fall, 2012 – Spring, 2014 | Ellen Romich Directed Research - Alzheimer's Disease | Research Advisor |
| Spring, 2013 – Spring, 2014 | Kristen Breslin Directed Research - Alzheimer's Disease | Research Advisor |
| Spring 2016 | Jessica Kerstetter | Research Advisor |

| Spring 2016 | First Experiences in Research (FER)<br>Taylor Urban<br>First Experiences in Research (FER) | Research Advisor |

**Graduate Students**

| Year(s) | Student's Name &<br>Department/Degree/Discipline | Role |
|---|---|---|
| 2000 - 2001 | Beatrix Lehnhof<br>University of Bochum, GERMANY<br>Memory deficits in schizophrenia | Thesis project advisor |
| 2012 – 2013 | Mamoonah Chaudhry<br>Dementia and genetics | Thesis project co-advisor |
| Fall, 2013 | Andrea Weinstein<br>Psychology Extern, Department of<br>Psychology, University of Pittsburgh | Clinical supervisor |
| 9/2014 - Present | Sarah Goldberg<br>University of Pittsburgh<br>Psychology supervision | Clinical supervisor |
| 3/2015 – Present | Ryan Malave<br>Masters Student, Department of<br>Epidemiology, University of Pittsburgh | Thesis project co-advisor |

**Medical Students (Scholarly Project)**

| Year(s) | Student's Name &<br>Department/Degree/Discipline | Role |
|---|---|---|
| 2014 - 2015 | Yujing Zhao, MS-1 | Scholarly Project Mentor |

**Postdoc or Fellow**

| Year(s) | Student's Name &<br>Department/Degree/Discipline | |
|---|---|---|
| 2011 - 2012 | Mario Riverol<br>Clinical neuropsychology | |

**Service on PhD Committees**

| Year(s) | Student's Name &<br>Department/Degree/Discipline | |
|---|---|---|
| 2014 – present | Meghan Mattos, School of Nursing,<br>University of Pittsburgh | |
| 2015 - present | Samantha Rosenthal, Department of<br>Human Genetics | |

## SERVICE

**Service to Internal Organizations**

| | |
|---|---|
| 2012 – present | Director – Clinical Core, Amyloid Imaging Program Project Grant (P01 AG025204) |
| 2013 – present | Alzheimer Disease Research Center Clinical Core Leadership Committee |
| 2014 – present | Associate Director – Alzheimer Disease Research Center Clinical Core |
| 2014 – present | Associate Director – Alzheimer Disease Research Center Outreach, Recruitment and Education Core |
| 2015 – present | Alzheimer Disease Research Center Executive Committee |

**Service to External Organizations**

**External Committees**

| | |
|---|---|
| 2013 - Present | Editorial Board Member, Journal of the American Geriatrics Society |

**Other Professional Activities**

| | |
|---|---|
| 2013 | Volunteer Judge, Pittsburgh Regional Science Fair, grades 6 - 12 |
| 2013 | Volunteer judge, Pittsburgh Science and Technology Academy Middle School Science Fair |

# EXHIBIT B

Exhibit B to the Declaration of Beth E. Snitz, Ph.D.
in Support of Plaintiff's Motion for Class Certification

## DOCUMENTS CONSIDERED

1.   Class Action Complaint in *Sonner v. Schwabe North America, Inc.*,
     filed July 7, 2015 (ECF No. 1)

2.   Deposition Transcript of Travis Borchardt dated August 10, 2016

3.   Borchardt Deposition, Ex. 1: Deposition Notice dated August 3, 2016

4.   Borchardt Deposition, Ex. 2: Ginkgold Label Exemplar

5.   Borchardt Deposition, Ex. 3: Ginkgold Max Label Exemplar

6.   Borchardt Deposition, Ex. 4: Ginkgold Carton Exemplar

7.   Borchardt Deposition, Ex. 5: Ginkgold Label Exemplar

8.   Borchardt Deposition, Ex. 6: Ginkgold Label Exemplar

9.   Borchardt Deposition, Ex. 7: Ginkgold Max Label Exemplar

10.  Borchardt Deposition, Ex. 8: Ginkgold Carton Exemplar

11.  Borchardt Deposition, Ex. 9: Ginkgold Carton Exemplar

12.  Borchardt Deposition, Ex. 10: Ginkgold Label Exemplar

13.  Borchardt Deposition, Ex. 11: Ginkgold Max Carton Exemplar

14.  Borchardt Deposition, Ex. 12: Ginkgold Max Carton Exemplar

15.  Borchardt Deposition, Ex. 13: Ginkgold Carton Exemplar

16.  Borchardt Deposition, Ex. 14: Ginkgold Carton Exemplar

17.  Borchardt Deposition, Ex. 15: Ginkgold Carton Exemplar

18.  Borchardt Deposition, Ex. 16: Ginkgold Label Exemplar

19.  Borchardt Deposition, Ex. 24: Schwabe Substantiation Form – Label
     and Literature, dated January 29, 2016 (Schwabe002046-47)

20. Borchardt Deposition, Ex. 25: Crews WD, Harrison DW, Griffin ML, Falwell KD, Crist T, Longest L, Hehemann L, Rey ST. The Neuropsychological Efficacy of Ginkgo Preparations in Healthy and Cognitively Intact Adults: A Comprehensive Review. HerbalGram 2005;67:43-62.

21. Borchardt Deposition, Ex. 26: Mix JA, Crews WD. An Examination of the Efficacy of Ginkgo biloba Extract EGb761 on the Neuropsychologic Functioning of Cognitively Intact Older Adults. J Alternative Complement Med 2000;6:219-29.

22. Borchardt Deposition, Ex. 27: Mix JA, Crews WD. A double-blind, placebo-controlled, randomized trial of Ginkgo biloba extract EGb 761 in a sample of cognitively intact older adults: neuropsychological findings. Human Physchopharmacol 2002;17:267-77.

23. Borchardt Deposition, Ex. 28: Kaschel R. Specific memory effect of Ginkgo biloba ectract EGb 761 in middle-aged health volunteers. Phytomedicine 2011;18:1202-7.

24. Borchardt Deposition, Ex. 29: Cieza A, Maier P, Poppel E. Effects of Ginkgo biloba on mental functioning in health volunteers. Acrhives Med Res. 2003;34:373-81.

25. Borchardt Deposition, Ex. 30: Grass-Kapanke B, Busmane A, Lasmanis A, Hoerr R, Kaschel R. Effects of Ginkgo biloba special extract EGb 761 in very mild cognitive impairment (vMCI). Neuroscience & Med 2011;2:48-56.

26. Borchardt Deposition, Ex. 31: Itil T, Martorano D. Natural substances in psychiatry (Ginkgo biloba in dementia). Psychopharmacol Bulletin 1995;31:147-58.

27. Borchardt Deposition, Ex. 32: Itil T, Eralp E, Tsambis E, Itil K, Stein U. Central nervous system effects of Ginkgo biloba, a plant extract. Am J Ther. 1996;3:63-73.

28. Borchardt Deposition, Ex. 33: Schafer P, Rodriguez M, Just S, Ullrich T, Winkler K, Knes O, Malmsten M, Siegel G. The effect of Ginkgo biloba (EGb 761) on arteriosclerotic nanoplaque formation and size in a long-term clinical trial. Desalination 2006;191:426-31.

29.   Borchardt Deposition, Ex. 34:Herrschaft H, Nacu A, Likhachev S, Sholomov I, Hoerr R, Schlaefke S. Ginkgo biloba special extract EGb 761 in dementia with neuropsychiatric features: A randomized, placebo-controlled trial to confirm the efficacy and safety of a daily dose of 240 mg. J Psychiatris Res. 2012;46:716-23.

30.   Borchardt Deposition, Ex. 35: Le Bars PL, Katz MM, Berman N, Itil T, Freedman AM, Schatzberg AF. A placebo-controlled, double-blind, randomized trial of an extract of Ginkgo biloba for dementia. JAMA 1997;278(16):1327-1332.

31.   Borchardt Deposition, Ex. 36: Horsch S, Walther C. Ginkgo biloba special extract EGb 761 in the treatment of peripheral arterial occlusive disease (PAOD) – a review based on randomized, controlled studies. Inter J Clin Pharmacol Therapeutics 2004;42(2):63-72.

32.   Borchardt Deposition, Ex. 37: Pittler MJ, Ernst E. Ginkgo biloba extract for the treatment of intermittent claudication: A meta-analysis of randomized trial. Am J Med. 2000;108:276-81.

33.   Borchardt Deposition, Ex. 38: Boelsma E, Lamers RJ, Hendriks H, van Nesselrooij J, Roza L. Evidence of the regulatory effect of Ginkgo biloba extract on skin blood flow and study of its effects on urinary metabolites in health humans. Panta Medica. 2004;70:1052-7.

34.   Borchardt Deposition, Ex. 39: European Medicines Agency. Assessment report on Ginkgo biloba L., folium. January 28, 2014.

35.   Borchardt Deposition, Ex. 40: Blumenthal M, ed. The ABC Clinical Guide to Herbs. Austin, TX: American Botanical Council, 2003, 188-200.

36.   Borchardt Deposition, Ex. 41: European Scientific Cooperative on Phytotherapy (ESCOP). E/S/C/O/P Monographs: The Scientific Foundation for Herbal Medicinal Products. Ginkgo folium. Ginkgo leaf. Stuttgart, Germany: Thieme, 2003, 178-210.

37.   Borchardt Deposition, Ex. 42: European Pharmacopoeia on Ginkgo Dry Extract, Refined and Quantified: 1257-59.

38. Borchardt Deposition, Ex. 43: van Beek TA, Montoro P. Chemical analysis and quality control of Ginkgo biloba leaves, extracts and phytopharmaceuticals. Journal of Chromatography A. 2009;1216:2002-32.

39. Borchardt Deposition, Ex. 44: Birks J, Grimley Evans J. Ginkgo biloba for cognitive impairment and dementia (Review). Cochrane Database of Systematic Reviews 2009 Jan , Issue 1.

40. Borchardt Deposition, Ex. 45: Canter PH, Ernst E. Ginkgo biloba is not a smart drug: an updated systematic review of randomized clinical trials testing the nootropic effects of G. biloba extracts in healthy people. Hum. Psychopharmacol Clin Exp. 2007;22:265-278.

41. Borchardt Deposition, Ex. 46: Laws KR, Sweetnam H, Kondel TK. Is Ginkgo biloba a cognitive enhancer in healthy individuals? A meta-analysis. Hum. Psychopharmacol Clin Exp. 2012;27:527-533.

42. Borchardt Deposition, Ex. 47: Solomon PR, Adams F, Silver A, Zimmer J, DeVeaux RD. Ginkgo for Memory Enhancement: A Randomized Controlled Trial. JAMA 2002;288(7):835-840.

43. Borchardt Deposition, Ex. 48: Snitz BE, O'Meara ES, Carlson MC, Arnold AM, Ives DG, Rapp SR, Saxton J, Lopez OL, Dunn LO, Sink KM, DeKosky ST. Ginkgo biloba for Preventing Cognitive Decline in Older Adults: A Randomized Trial. JAMA 2009;302(24):2663-70.

44. Borchardt Deposition, Ex. 49: Vellas B, Ousset PJ, Berrut G, Dartigues JF, Dubois B, Grandjean H, Pasquier F, Piette F, Robert P, Toucon J, Garnier P, Mathiex-Fortunet H, Andrieu S. Long-term use of standardized ginkgo biloba extract for the prevention of Alzheimer's disease (GuidAge): a randomized placebo-controlled trial. Lancet Neurol 2012;11:851-59.

45. DK 020-1: Appendix A ISO Oppo to MTD (package and label exemplars)

46. DK 018-1 at 32 of 32 (packaging language)

47. Federal Trade Commission, Bureau of Consumer Protection (2001). Dietary Supplements: An Advertising Guide for Industry.

48.  Andrieu S, Gillette S, Amouyal K, Nourhashemi F, REynish E, Ousset PJ, Albarede JL, Vellas B, Grandjean H. Association of Alzheimer's Disease Onset With Ginkgo Biloba and Other Symptomatic Cognitive Treatments in a Population of Women Aged 75 Years and Older From the EPIDOS Study. Journal of Gastroenterology: MEDICAL SCIENCES 2003;58A(4):372-77.

49.  Barida A, Nisly NL, Zimmerman B, Gryzlak BM, Wallace RB. Use of Herbs Among Adults Based on Evidence-Based Indications: Findings From the National Health Interview Survey. Mayo Clin Proc. 2007;82(5):561-66.

50.  Barnes PM, Bloom B, Nahin RL. Complementary and Alternative Medicine Use Among Adults and Children: United States, 2007. U.S. Department of Health and Human Services, National Health Statistics Reports 2008;12.

51.  Bernabei R. Review: Ginkgo biloba extract improves cognitive function in mild to moderate Alzheimer's disease. Evid. Based Ment. Health 1999;2(3):82.

52.  Bruno JJ and Ellis JJ. Herbal Use Among US Elderly: 2002 National Health Interview Survey. The Annals of Pharmacotherapy 2005;39:643-48.

53.  Curtis-Prior P, Vere D, Fray P. Therapeutic Value of Ginkgo biloba in Reducing Symptoms of Decline in Mental Function. J. Pharm. Pharmacol. 1999;51:535-41.

54.  DeKosky ST, Williamson JD, Fitzpatrick AL et al., Ginkgo biloba for Prevention of Demential: A Randomized Controlled Trial. JAMA 2008;300(19):2253-62.

55.  Diamond BJ, Shiflett SC, Feiwel N, Matheis RJ, Noskin O, Richards JA, Schoenberger NE. Ginkgo biloba: Mechanisms and Clinical Indications. Arch Phys Med Rehabil 2000;81:669-678.

56.  Dodge HH, Zitzelberger T, Oken BS, Howieson D, Kaye J. A randomized placebo-controlled trial of Ginkgo biloba for the prevention of cognitive decline. Neurology 2008;70:1809-1817.

57. Gold PE, Cahill L, Wenk GL. Ginko Biloba: A Cognitive Enhancer? Psychological Science in the Public Interest 2002;3(1):2-11.

58. Hadjiivanova CI and Petkov VV. Effect of Ginkgo biloba Extract on ß-Adrenergic Receptors in Different Rat Brain Regions. Phytother. Res. 2002;16:488-90.

59. Morris CA and Avorn J. Internet Marketing of Herbal Products. JAMA 2003;290(11):1505-09.

60. Kaschel R. Ginkgo biloba: specificity of neuropsychological improvement – a selective review in search of differential effects. Hum. Physchopharmacol Clin Exp 2009;24:345-70.

61. Kennedy DO, Scholey AB, Wesnes KA. The dose-dependent cognitive effects of acute administration of Ginkgo biloba to healthy young volunteers. Psychopharmacology 2000;151:416-23.

62. Marinac JS, Buchinger CL, Godfrey DO, Wooten JM, Sun C, Willsie SK. Herbal Products and Dietary Supplements: A Survey of Use, Attitudes and Knowledge Among Older Adults. JAOA 2007;107(1):13-23.

63. Millen AE, Dodd KW, Subar AF. Use of Vitamin, Mineral, Nonvitamin, and Nonmineral Supplements in the United States: The 1987, 1992, and 2000 National Health Interview Survey Results. J Am Diet Assoc. 2004;104:942-50.

64. Nooshinfar E, Lashgari R, Haghparast A, Sajjadi S. NMDA receptors are involved in Ginkgo extract-induced facilitation on memory retention of passive avoidance learning in rats. Neuroscience Letters 2008;432:206-11.

65. Oken BS, Storzbacj DM, Kaye JA. The Efficacy of Ginkgo biloba on Cognitive Function in Alzheimer Disease. Arch Neurol. 1998;55:1409-15.

66. Page JW, Findley J, Crognale MA. Electrophysiological Analysis of the Effects of Ginkgo Biloba on Visual Processing in Older Healthy Adults. Journal of Gerontology: BIOLOGICAL SCIENCES 2005;60A(10):1246-51.

67.    Rigney U, Kimber S, Hindmarch I. The Effects of Acute Doses of Standardized Ginkgo biloba Extract on Memory and Psychomotor Performance in Volunteers. Phytother. Res. 1999;13:408-15.

68.    Satvat E and Mallet PE. Chronic administration of a Gingko biloba leaf extract facilitates acquisition but not performance of a working memory task. Psychopharmacology 2009;202:173-85.

69.    Solomon PR and DeVeaux R. Ginkgo and Memory. JAMA 2003;289(5):547-48.

70.    Stough C, Clarke J, Lloyd J, Nathan PJ. Neuropsychological changes after 30-day Ginkgo biloba administration in healthy participants. International Journal of Neuropsychopharmacology 2001;4:131-34.

71.    van Dongen M, van Rossum E, Kessels A, Sielhorst H, Knipschild P. Ginkgo for elderly people with dementia and age-associated memory impairment: a randomized clinical trial. Journal of Clinical Epidemiology 2003;56:367-76.

72.    Wesnes KA, Ward T, McGinty A, Petrini O. The memory enhancing effects of a Ginkgo biloba / Panax ginseng combination in healthy middle-aged volunteers. Psychopharmacology 2000;152:353-61.

73.    Gronseth GS, Woodroffe LM, Getchius TSD. The American Academy of Neurology: Clinical Practice Guidelines Process Manual (2011).

74.    Higgins JPT, Altman DG, Gotzsche PC, Juni P, Moher D, Oxman AD, Savovic J, Schulz K, Weeks L, Sterne JAC. The Cochrane Collaboration's tool for assessing risk of bias in randomised trials. BMJ 2011;343:1-9.

75.    Schulz KF, Altman DG, Moher D. CONSORT 2010 Statement: Updated Guidelines for Reporting Parallel Group Randomized Trials. Ann Intern Med. 2010;152:726-32.

76.    Balk EM, Bonis PAL, Moskowitz H, Schmid CH, Ionnidis JPA, Wang C, Lau J. Correlation of Quality Measures With Estimates of Treatment Effect in Meta-analyses of Randomized Controlled Trials. JAMA 2002;287(22):2973-82.

77.    Kjaergard LL, Villumsen J, Gluud C. Reported Methodologic Quality and Discrepancies between Large and Small Randomized Trials in Meta-Analyses. Ann Intern Med 2001;135:982-89.

78.    Lexchin J, Bero LA, Djulbegovic, Clark O. Pharmaceutical industry sponsorship and research outcome and quality: systematic review. BMJ 2003;326:1-10.

79.    Weinmann S, Roll S, Schwarzbach C, Vauth C, Willich SN. Effects of Ginkgo biloba in dementia: systematic review and meta-analysis. BMC Geriatrics 2010;10(14).

80.    Barton DL, Burger K, Novotny PJ, Fitch TR, Kohli S, Soori G, Wilwerding MB, Sloan JA, Kottschade LA, Rowland KM, Dakhil SR, Nikcevich DA, Loprinzi CL. The use of Ginkgo biloba for the prevention of chemotherapy-related cognitive dysfunction in women receiving adjuvant treatment for breast cancer, N00C9. Support Care Cancer 2013;21(4):1185-92.

81.    Diamond DJ and Bailey MR. Ginkgo biloba: Indications, Mechanisms and Safety. Psychiatr Clin N Am 2013;36:73-83.

82.    Gauthier S and Schlaefke S. Efficacy and tolerability of Ginkgo biloba extract EGb 761 in dementia: a systematic review and meta-analysis of randomized placebo-controlled trials. Clinical Interventions in Aging 2014;9:2065-77.

83.    Amieva H, Meillon C, Helmer C, Barberger-Gateau P, Dartigues JP. Ginkgo Biloba Extract and Long-Term Cognitive Decline: A 20-Year Follow-Up Population-Based Study. PLoS ONE 2013;8(1):1-8.

84.    Silberstein RB, Pipingas A, Song J, Camfield DA, Nathan PJ, Stough C. Examining Brain-Cognition Effects of Ginkgo Biloba Extract: Brain Activation in the Left Temporal and Left Prefrontal Cortex in an Object Working Memory Task. Evidence-Based Complementary and Alternative Medicine 2011.

85.    Tan MS, Yu JT, Tan CC, Wang HF, Meng WF, Wang C, Jiang T, Zhu XC, Tan L. Efficacy and Adverse Effects of Ginkgo Biloba for Cognitive Impairment and Dementia: A Systematic Review and Meta-Analysis. Journal of Alzheimer's Disease 2015;43:589-603.

86.   Franke AG, Heinrich I, Lieb K, Fellgiebel A. The use of Ginkgo biloba in healthy elderly. AGE 2014;36:435-44.