JS-6

# United States District Court
## Central District of California
### Eastern Division

FILED
CLERK, U.S. DISTRICT COURT
FEB 3, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Kathleen Sonner,

                Plaintiff,

    v.

Schwabe North America, Inc. et al.

                Defendants.

EDCV 15-1358-VAP (SPx)

**Judgment**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order granting Defendants' Motion for Summary Judgment filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: February 3, 2017

                                            Virginia A. Phillips
                                      Chief United States District Judge