**United States District Court
Central District of California
Eastern Division**

FILED
CLERK, U.S. DISTRICT COURT
FEB 22, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: BH  DEPUTY

Kathleen Sonner

                Plaintiff,

      v.

Schwabe North America, Inc. et al.

                Defendants.

EDCV 15-1358-VAP (SPx)

**Amended Judgment**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

On February 16, 2017, Defendants Schwabe North America, Inc., and Nature's Way Products, LLC, and filed an Ex Parte Application to Correct Judgment. (Doc. No. 91.) On February 17, 2017, Plaintiff Kathleen Sonner filed an Opposition. (Doc. No. 92.) Having considered the papers filed in support of and in opposition to the Ex Parte Application, the Court **GRANTS** the Application.

The Judgment entered on February 3, 2017, (Doc. No. 90) is hereby amended and entered in accordance with this Court's Order granting Defendants' Motion for Summary Judgment (Doc. No. 89). IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

1

Dated: 2/22/17

　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　United States District Judge