UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 19 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KATHLEEN SONNER, on behalf of herself and all others similarly situated, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> SCHWABE NORTH AMERICA, INC. and NATURES WAY PRODUCTS, LLC, <br><br> Defendants-Appellees. | No. 17-55261 <br><br> D.C. No. 5:15-cv-01358-VAP-SP Central District of California, Riverside <br><br> ORDER |

Before: WARDLAW, NGUYEN, and OWENS, Circuit Judges.

The Council for Responsible Nutrition's motion for leave to file *amicus curiae* brief in support of Defendants-Appellees is **GRANTED**. Dkt. No. 34-2.

Plaintiff-Appellant's motion to file supplemental brief in response to *amicus curiae* brief of the Council for Responsible Nutrition is **DENIED**. Dkt. No. 55.