1
2
3
4
5
6
7
8  **UNITED STATES DISTRICT COURT**
9  **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  KATHLEEN SONNER on Behalf of Herself and All Others Similarly Situated, | Case No. 5:15-cv-01358-VAP (SPx) |
| 11 | **CLASS ACTION** |
| 12        Plaintiff, | [**PROPOSED**] **ORDER SETTING PRETRIAL SCHEDULE** |
| 13        v. | |
| 14  SCHWABE NORTH AMERICA, INC. and NATURE'S WAY PRODUCTS, LLC, | USDJ:       Virginia A. Phillips<br>Courtroom: 8A, 8th Fl., 1st Street-LA<br>USMJ:       Sheri Pym<br>Courtroom: 3 or 4, 3rd Fl., R'side |
| 15 | |
| 16        Defendants. | |
| 17 | Date Filed: July 7, 2015<br>Trial Date:  TBD |
| 18 | **DEMAND FOR JURY TRIAL** |

19
20
21
22
23
24
25
26
27
28

Plaintiff and Defendants Schwabe North America, Inc. and Nature's Way Products, LLC (together, "Defendants") have filed a Stipulation to Set Pretrial Schedule.

Upon review of the matter, the Court GRANTS the Parties' stipulation and sets the following pretrial deadlines:

| Matter | Deadline |
|---|---|
| Jury Trial Commences | August 4, 2020, at 8:30 a.m. |
| Last day to for each party to lodge its proposed Findings of Fact and Conclusions of Law (Pursuant to Civil Trial Standing Order) | July 28, 2020 |
| Last day to disclose all graphic or illustrative material to be shown to the trier of fact (Pursuant to L.R. 16-3) | July 24, 2020 |
| Last day to meet and stipulate, to the extent possible to foundation, waiver of the best evidence rule, and which exhibits may be received into evidence at the start of trial (Pursuant to Civil Trial Standing Order) | July 23, 2020 |
| Last day to serve on opposing counsel proposed Findings of Fact and Conclusions of Law (Pursuant to Civil Trial Standing Order) | July 21, 2020 |
| Pretrial Conference (L.R. 16) and Hearing on Motions in Limine | July 13, 2020 at 2:30 p.m. |
| Last day to file Proposed Jury Instructions (Pursuant to Civil Trial Standing Order) | July 6, 2020 |
| Last day to file Joint Statement of the Case (Pursuant to Civil Trial Standing Order) | July 6, 2020 |

| Matter | Deadline |
|---|---|
| Last day for Plaintiff to lodge the Final Pretrial Conference Order (Pursuant to L.R. 16-7) | July 2, 2020 |
| Last day for hearing non-discovery motions | June 22, 2020 |
| Last day to file Memoranda of Contentions of Fact and Law (Pursuant to L.R. 16-4), Witness Lists (Pursuant to L.R. 16-5), and Joint Exhibit List (Pursuant to L.R. 16-6.1) | June 22, 2020 |
| Last day to meet and complete L.R. 16-2 requirements | June 3, 2020 |
| Last day to Conduct Settlement Conference (Pursuant to L.R. 16-15) | May 29, 2020 |
| Last day to exchange any objections to jury instructions and special verdict forms (Pursuant to Civil Trial Standing Order) | May 27, 2020 |
| All Discovery Cutoff, including hearing all discovery motions | May 26, 2020 |
| Last day to exchange jury instructions and special verdict forms (Pursuant to Civil Trial Standing Order) | May 20, 2020 |
| Expert Disclosure (Rebuttal) | April 13, 2020 |
| Expert Disclosure (Initial) | March 23, 2020 |
| Last Day to File Motion for Approval of Class Notice | February 21, 2020 |

IT IS SO ORDERED.

Dated: January 22, 2020

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

2
Case No. 5:15-cv-01358 VAP (SPx)
ORDER SETTING PRETRIAL SCHEDULE