BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

CARLSON LYNCH, LLP
TODD D. CARPENTER (234464)
1350 Columbia Street, Suite 603
San Diego, CA 92101
Tel: 619/762-1910
619/756-6991 (fax)
tcarpenter@carlsonlynch.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN SONNER on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHWABE NORTH AMERICA, INC. and NATURE'S WAY PRODUCTS, LLC,<br><br>Defendants. | Case No. 5:15-cv-01358-VAP (SPx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF UNOPPOSED JOINT MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: September 28, 2020<br>Time:            2:00 p.m.<br><br>USDJ:       Virginia A. Phillips<br>Courtroom: 8A, 8th Fl., 1st Street-LA<br>USMJ:       Sheri Pym<br>Courtroom: 3 or 4, 3rd Fl., R'side<br><br>Date Filed: July 7, 2015<br>Trial Date:  November 3, 2020<br><br>**DEMAND FOR JURY TRIAL** |

PLEASE TAKE NOTICE that on September 28, 2020, at 2:00 p.m., in Courtroom 8A of the United States District Court for the Central District of California located at 3500 West 1st Street, Los Angeles, California, the Honorable Virginia A. Phillips presiding, pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff, individually and on behalf of the proposed Settlement Class, and Defendants Schwabe North America, Inc. and Nature's Way Products, LLC, will and hereby do jointly move for preliminary approval of class action settlement agreement, conditional certification of settlement class, and approval of class notice.

Plaintiff respectfully moves this Honorable Court for entry of an Order: (1) granting preliminary approval of the Settlement; (2) approving and directing notice as set forth in the Notice Plan attached as Exhibit B to the Settlement Agreement; (3) conditionally certifying the Settlement Class; (4) approving the form and content of notice attached as Exhibit A to the Settlement Agreement; (5) appointing Plaintiff Kathleen Sonner as Class Representative; (6) appointing Paula R. Brown and Timothy G. Blood of Blood Hurst & O'Reardon, LLP as Class Counsel; (7) appointing JND Legal Administration ("JND") as Settlement Administrator; and (8) scheduling a Fairness Hearing to consider entry of a final order approving the Settlement, final certification of the Settlement Class for settlement purposes only, and the request for attorneys' fees, costs, and expenses, and Plaintiff service award.

///
///
///
///
///
///
///
///

This motion is based on this notice, Plaintiff's memorandum in support of the motion for preliminary approval and certification of the Settlement Class, the declarations of Paula R. Brown, Jennifer Keough, and Jane Ransom, and all supporting exhibits, the complete file and record in this action and such oral argument as the Court may consider in deciding this motion.

Respectfully submitted,

Dated: August 26, 2020

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)

By: *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

CARLSON LYNCH, LLP
TODD D. CARPENTER (234464)
1350 Columbia Street, Suite 603
San Diego, CA 92101
Tel: 619/762-1910
619/756-6991 (fax)
tcarpenter@carlsonlynch.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 26, 2020.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 140-
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com