**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHLEEN SONNER on Behalf of of Herself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SCHWABE NORTH AMERICA, INC. and NATURE'S WAY PRODUCTS, LLC,<br><br>        Defendants. | Case No.: 5:15-cv-01358-VAP (SPx)<br><br>**CLASS ACTION**<br><br>**ORDER DENYING APPLICATION FOR LEAVE TO FILE PORTIONS OF PLAINTIFF'S MEMORANDUM IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT CONDITIONALLY UNDER SEAL**<br><br>USDJ:    Virginia A. Phillips<br>Courtroom: 8A, 8th Fl., 1st Street-LA<br>USMJ:    Sheri Pym<br>Courtroom: 3 or 4, 3rd Fl., R'side<br><br>Date Filed:  July 7, 2015<br>Trial Date:  November 3, 2020<br><br>**DEMAND FOR JURY TRIAL** |

1    This matter comes before the Court on the application for leave to file
2 certain portions of Plaintiff's Memorandum in Support of Joint Motion for
3 Preliminary Approval of Class Action Settlement conditionally under seal
4 pursuant to Local Rule 79-5.2.2(b). Pursuant to Local Rule 79-5.2.2(b)(i),
5 Defendants Schwabe North America, Inc. and Nature's Way Products, LLC, as
6 the "Designating Party," carry the burden to demonstrate that the designated
7 information is sealable.

8    Upon review of the matter, the Court DENIES the application on the ground
9 that, as a public forum, the Court has a policy of providing to the public full access
10 to documents filed with the Court, and Defendants have not met its burden of
11 proving that the designated information is sealable.

12   **IT IS SO ORDERED.**

14   Dated:  September 3, 2020

   _____
   HON. VIRGINIA A. PHILLIPS
   UNITED STATES DISTRICT JUDGE